# EXHIBIT A

ELECTRONICALLY FILED
2023 Jun 23 PM 2:53
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2023-LM-009255-CK

Dylan P. Wheeler #28661
DEPEW GILLEN RATHBUN & McINTEER, LC
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Facsimile: (316) 265-3819
Dylan@depewgillen.com

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
## CIVIL DEPARTMENT

| | |
|---|---|
| RUSSELL ELLEFSON and JOSHUA ZONGKER, )))) | |
| Plaintiff, ) | |
| v. ) | Case No. |
| GENERAL ELECTRIC COMPANY and GE LAYOFF PLAN FOR SALARIED EMPLOYEES, )))))) | |
| Defendants. )) | |

*Pursuant to K.S.A. Chapter 61*

## PETITION

COME NOW the Plaintiffs, Russell Ellefson ("Ellefson") and Joshua Zongker ("Zongker"), and for their causes of action against the above-named Defendants, state and allege as follows:

1.      Plaintiff Ellefson is a resident of Sedgwick County, KS.

2.      Plaintiff Zongker is a resident of Kingman County, KS.

3.      Defendant General Electric Company ("GE") is a corporation incorporated under the laws of the State of New York, authorized to transact business in Kansas, and may be served with process by service on its registered agent, C T Corporation System, at 112 SW 7th Street, Suite 3C, Topeka, KS 66603.

4.      Defendant GE Layoff Plan for Salaried Employees (the "Plan") is an employee welfare benefit plan as defined by ERISA § 2(1), 29 U.S.C. § 1002(1).

5.      Pursuant to ERISA § 502(d)(1), the Plan is a distinct legal entity that may sue and be sued, and may be served through its plan administrator, the GE Pension Board, 901 Main Avenue, Norwalk, CT 06851.

6.      Defendant GE is a fiduciary with respect to the Plan.

7.      Subject matter jurisdiction and personal jurisdiction are proper in this Court.   ERISA § 502(e)(1), 29 U.S.C. § 1132(e)(1).   The Court additionally possesses subject matter jurisdiction over each of Plaintiffs' respective claims herein pursuant to K.S.A. § 61-2802(a)(1).

8.      Venue is proper in this Court pursuant to K.S.A. §§ 61-3403(c) and 61-3406.

9.      Plaintiffs are both former employees of Defendant GE's Renewables, Onshore Wind division.

10.      On October 24, 2022, Defendant GE issued formal written notice to its employees at the "Flat Ridge II" wind farm located in Zenda, KS, including the plaintiffs, that their positions were being eliminated, and fixing November 23, 2022 as their last day on active payroll and November 24, 2022 as their Job Loss date.   The written notice provided to Plaintiff Ellefson is attached herewith as Exhibit "A," and the written notice provided to Plaintiff Zongker is attached herewith as Exhibit "B."

11.      Defendant GE offered Plaintiffs payment of a lump-sum severance benefit in consideration for executing release agreements in which Plaintiffs agreed to waive and release all waivable claims of any kind against "the Company, its predecessors and assigns, their current and former direct and indirect parents, affiliates, subsidiaries, divisions, and related business entities, and their current and former officers, directors,

shareholders, employees, agents, representatives and employee benefit programs (including the trustees, administrators, fiduciaries and insurers of such programs)."

12.    Under the Plan, the amount of the lump-sum severance benefit payable to an employee affected by a layoff is calculated on the basis of one week of pay for each full year of Continuous Service, plus ¼ of a week of pay for each additional three months of Continuous Service.

13.    The lump-sum severance benefit offered to Plaintiff Ellefson in exchange for returning an executed release was $34,485.64.

14.    The lump-sum severance benefit offered to Plaintiff Zongker in exchange for returning an executed release was $14,416.00.

15.    Plaintiffs were instructed by Defendant GE that they would have at least 45 days to consider the offered severance packages before signing, and to return signed and accepted offers through uploading copies to GE HR Services on a designated online portal.

16.    Plaintiff Zongker executed and submitted Defendant GE's release form for his lump-sum severance benefit claim as instructed on November 2, 2022.  Plaintiff Zongker's executed release is attached herewith as Exhibit "C."

17.    Plaintiff Ellefson executed and submitted Defendant GE's release form for his lump-sum severance benefit claim as instructed on November 14, 2022.  Plaintiff Ellefson's executed release is attached herewith as Exhibit "D."

18.    Plaintiff Zongker additionally accepted an offer from Defendant GE providing an opportunity to receive a "Retention Award" of $1,500.00 on the condition he remain employed with the company through his last day of November 23, 2022, which

Defendant GE's offer represented would be paid within 60 days thereafter.  Plaintiff Zongker's retention award agreement is attached herewith as Exhibit "E."

19.     On November 17, 2022, a GE HR Manager included plaintiffs in an email chain—a copy of which is attached herewith as Exhibit "F"—providing notice that GE's contract had been renewed at Flat Ridge, and therefore GE would not follow through with its previously announced layoff.  When Plaintiff Zongker asked what this meant for those employees who had already signed and submitted their severance agreements, the HR Manager represented the severance agreements were sent merely to give "notice of what would happen if the contract was not extended," and that there would be no severance benefits if employees now left Flat Ridge.

20.     Plaintiffs received no further explanation related to the specific provisions of the underlying Plan documents the denial of their severance was grounded upon, nor information of the Plan's review procedures for adverse benefit determinations and the time limits applicable thereto.

21.     In reliance upon their severance offers and executed release agreements, Plaintiffs considered their employment with Defendant GE terminated following their scheduled last day of November 23, 2022.

22.     Plaintiffs attempted to utilize the company alternative dispute resolution process as suggested by the terms of their respective release agreements, but in-house counsel for GE represented, following several rounds of initial discussions, that Plaintiffs were not actually entitled to mediation, and stated Plaintiffs should "go ahead and file their claims in court."

23.     The failure to notify Plaintiffs of any applicable internal appeal procedure and its applicable timelines upon denial of their claim for benefits—combined with the

4

apparent waiver by Defendant GE of any such requirement through the express statements of its counsel—excuses Plaintiffs from any requirement under the Plan to exhaust internal appeal procedures under the Plan. Alternatively, resorting to any such internal appeal procedure would be futile.

24.     Plaintiffs are entitled severance benefits due to them under the terms of the Plan and seek to enforce their rights to the same.

25.     Defendant GE has further breached its separate Retention Award agreement with Plaintiff Zongker by virtue of its continued failure to pay the agreed $1,500.00 thereunder following full performance by Plaintiff Zongker.

WHEREFORE, Plaintiffs respectfully pray this Court grant judgment against Defendants General Electric Company and GE Layoff Plan for Salaried Employee awarding Plaintiff Russell Ellefson the contracted sum of $34,485.64, awarding Plaintiff Joshua Zongker the contracted sums of $14,416.00 and $1,500.00, and ordering that Defendants pay costs, attorneys fees, and such other and further relief as the Court deems just and equitable, pursuant to ERISA § 502.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER, LC

/s/ Dylan P. Wheeler
Dylan P. Wheeler #28661
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Facsimile: (316) 265-3819
Email: dylan@depewgillen.com

*Attorneys for Plaintiffs*

**Personal & Confidential**
October 24, 2022

g

Russell Ellefson
121 E Timber Creek Ct
Haysville, KS 67060

**Re: Notice and Information**

Dear Russell Ellefson:

As previously shared with you, your position with the Company is being eliminated. This letter serves as the formal notice of your layoff. Your last day of employment is expected to be November 23, 2022.

You will be eligible for benefits under The GE Layoff Benefit Plan for Salaried Employees (the "Plan"), subject to the terms of the Plan, including that you sign, submit, do not revoke a Full Benefits Release. You will receive a packet of materials containing your estimated benefits summary package, election forms, and the Full Benefits Release.[1] If you sign, submit and do not revoke the Full Benefits Release, you may be eligible for a lump sum severance benefit under the Plan and the Company will continue medical, dental, and vision coverage for you and your eligible dependents for six months at active employee rates for so long as you continue to make payments.  If you do not sign and submit, or if you revoke, the Full Benefits Release, your medical, dental, and vision coverage will continue for 60 days, provided that you continue to pay active employee rates.

We have made arrangements with a national outplacement provider to assist with your external job search. You are also able for one year following layoff to explore any alternate employment opportunities within the Company that may be available (or become available), for example due to restructuring. You will be provided access for one year to the Employee Extended Access Site which is an internal search system that links to internally posted roles (like My GE Career Portal) after your last day of employment.

Our HR team will be available to assist you with basic benefit questions available and direct you to subject matter experts for more complex questions and benefits training resources. Our Employee Assistance Program is always available to work with you in a strictly private setting on your transition or any personal concerns.

As part of the notice period, we expect our teams to mutually help one another transition files and remaining responsibilities. We remind all employees that when leaving GE, confidential Company data, business documents and other materials that belong to the Company (or a third party like a vendor or customer) must stay with the Company. Benefits Handbooks and other materials, such as your compensation and benefits elections, are accessible from the MyGE home page under the OneHR links (https://onehr.ge.com).

We know this is a very challenging time. Thank you for your many contributions to the Company. If you have questions, please reach out to me or your HR representative.

Sincerely,

Scott McCullough
Sr Services Manager

---

| EXHIBIT |
| A |

[1]Employees who meet specific eligibility requirements for other benefits under the terms of Company Plans, such as for retirement, will receive additional information regarding those benefits.

Intentionally Left Blank

g

GE
HR Services

1 River Road
Schenectady, NY 12345

October 24, 2022

Russell Ellefson
121 E Timber Creek Ct
Haysville, KS 67060

Dear Russell Ellefson:                                    Employee ID: 

We understand that you have been affected by a layoff. We recognize that this may be a difficult time in your life and want you to have the necessary information to make well-informed decisions about your benefits and options. This package outlines your GE benefits and provides key information needed to make critical decisions.

**Last Day Worked:** November 23, 2022 (your last day on active payroll and benefits)

**Job Loss date:** November 24, 2022 (your first day of job loss benefits)

This package contains information about the following benefits:

| Benefit | Estimated Amount/Next Steps |
|---|---|
| Job Loss Income Benefit | $34,485.64 with signed Release |
| GE Health Care | Up to 6 months of coverage at active employee rates, if currently enrolled |
| GE Pension Plan | See Pension section for estimate and details |
| GE Retirement Savings Plan (RSP) | No immediate action required, see RSP section |
| Insurances | See Insurances section |
| Education Benefit | Can apply immediately, see GE Tuition Refund Program section |

*Full details regarding the terms and conditions of General Electric Company's (GE) benefit plans are contained in the official plan documents. If descriptions in this package differ from the plan documents, the plan documents prevail. Similarly, any oral or written representations by a GE employee, plan representative or other party, or any benefit estimates that you may receive, cannot override, reverse or supplement the provisions of the plan documents. This package does not create a contract of employment between GE and any individual. The General Electric Company reserves the right to terminate, amend, suspend, replace, or modify its benefit plans and programs at any time and for any reason, in its sole discretion. No individual has a vested right to any benefit under a GE welfare benefit plan or program.*

The term "Company" refers to the General Electric Company or affiliate that employed you on its payroll. However, when used in connection with sponsorship of the plans and programs described in this letter, "Company" refers only to the General Electric Company.

Sincerely,

HR Services

## THE RELEASE

The **Full Layoff Benefit Release Form (the Release) is included in this letter** to review and sign. Your HR manager can answer any Release-specific questions. To ensure timely processing of your job loss income benefit, return the signed document within the time frame identified on your Release.

**Please return the Release form per the instructions of your HR and securely upload to <u>https://onehr.ge.com/forms</u>**

- **If you choose to sign the Release**, you will be eligible to receive a lump-sum severance benefit and six months of health care benefits at active employee rates. If you sign the Release, you relinquish your right to sue for any waivable claims that you may have against the Company.

- **If you choose not to sign the Release**, you will be ineligible to receive a lump-sum severance benefit and your health care benefits will continue for 60 days from your job loss date, then end.

Regardless of whether you sign the Release, any eligibility that you have under COBRA will continue to be available. Please see the Health Care section for further details.

## LUMP-SUM SEVERANCE BENEFIT

**You are eligible to receive an estimated total lump-sum severance benefit of $34,485.64** (less applicable taxes). If you do not sign the Release, you will not be eligible for a severance benefit.

**Here's how it's calculated:** Your benefit is based on the greater of 4 weeks of pay or one full week of pay for each full year of Severance Service, plus an additional ¼ week of pay for each additional three months worked. Severance Service means your most recent period of continuous employment with the Company and its Affiliates. A "week's pay" is considered your straight-time rate for the last full week worked. Your straight-time weekly salary rate equals your annual salary rate divided by 52.1667.

**Lump-sum severance benefit summary for job loss date of November 24, 2022**

|  | Amount | Calculation |
|---|---|---|
| **Base salary information** | $2,463.26 weekly base pay | Annual base salary $128,500.00 / 52.1667 |
| **Service amount** | 14 years | 1 week's pay x 14 years of service |
| **Estimated severance benefit** | $34,485.64 total | $2,463.26 x 14 years of service |

If you sign the Release, your severance benefit will be paid as a single lump sum within 60 days of your termination date.

| Severance benefit | Lump-sum payment |
|---|---|
| **Taxes** | • 22% Federal taxes; If this is your first payment in the calendar year, tax withholding will be determined by your Federal tax election (W-4) on file. Prior to your last day worked, you can update your tax election at *OneHR.ge.com > Pay and Taxes > Tax Actions > Update Tax Elections*<br>• Your highest state tax rate for lump-sum payments<br>• 6.2% Social Security (if you have not reached the yearly Social Security maximum)<br>• 1.45% Medicare |
| **Deductions** | • Garnishments, if applicable<br>• No benefit deductions are withheld |
| **GE continuous service** | • Service terminates immediately |

If you are reemployed by the Company before the number of weeks equal to the number of weeks of pay used to calculate the severance benefit, you must repay a prorated portion of the lump sum.

# HEALTH CARE BENEFITS

The Company will continue your existing coverage under the GE Health Choice Option, GE Dental Option, and GE Vision Option for you and your eligible dependents for six months, at active employee rates. **To receive these benefits for the full six months <u>you must sign and return the Release</u>** and continue to pay all required contributions. If you do not sign the Release, your Company-provided medical, dental and vision coverage at active employee rates will be limited to 60 days.

**Your Benefit as of November 24, 2022**
This is a summary based on current information. If you have recently made an election it may not be reflected here.

| Benefit plan name | Current coverage | Estimated monthly amount | With signed Release | Without signed Release |
|---|---|---|---|---|
| **GEHC Option 1 - Aetna** Includes prescription and behavioral health benefits | 3+ Person Coverage | $616.39 | Up to 6 months at current active rates; ending **May 23, 2023** | Up to 60 days at current active rates; ending **January 22, 2023** |
| **GE Vision Plan** | 3+ Person Coverage | $30.00 | Up to 6 months at current active rates; ending **May 23, 2023** | Up to 60 days at current active rates; ending **January 22, 2023** |
| **GE Dental Plan** | 3+ Person Coverage | $88.50 | Up to 6 months at current active rates; ending **May 23, 2023** | Up to 60 days at current active rates; ending **January 22, 2023** |

**Billing Information**
Shortly after your job loss date, you will receive an invoice from the GE Insurance Continuation Center to continue your coverage for up to six months at your current active employee rate. **If your payments are late, your coverage will be canceled for non-payment.** Be advised, working person contributions are applicable.

**Coverage and Enrollment Information**
Job loss is not a qualifying event to change your medical care option, but it does allow you to cancel coverage or decrease the coverage level on your current benefit options (i.e., 1 person, 2 people, 3 or more people). You can change your medical care option during Annual Enrollment. You can add or drop dependents during Annual Enrollment, or if they have a qualifying life event.

If you go to work for another employer, GE will continue to provide health care coverage, assuming you continue to pay any required contributions. GE will be secondary to your new employer's plan.

**After GE coverage ends**
You may be able to extend coverage through **COBRA** regardless of whether you sign the Release. COBRA is the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended. It is a federal law requiring employers to allow former employees and/or their covered dependents to continue health care coverage under certain circumstances when coverage would otherwise end. The GE Insurance Continuation Center will mail you a package regarding your rights under COBRA shortly after your last day of work. Estimated monthly COBRA rates are included in this package.

Health coverage alternatives may be available to you through the health insurance marketplace at www.healthcare.gov. If you will be Medicare eligible when your GE medical coverage ends, you may seek coverage through www.medicare.gov and Via Benefits®.

## GE PENSION PLAN

**You are vested in your Company-provided benefit and any employee contributions and interest.** You have a right to this benefit when you leave the Company and all affiliates.

Your benefit consists of the following:

- **Company-provided benefit.** Your Company-provided benefit is a lifetime, monthly payment that may begin as early as age 60 and must begin by March 1 following the year in which you reach age 70½. Please note, reductions may apply.
- **Personal Pension/Voluntary Pension Accounts (PPA/VPA).** In general, your options for your PPA/VPA are to:
    1. Convert your balance to lifetime monthly payments,
    2. Withdraw your account balance - distributions may be eligible for a rollover into another eligible retirement program, or
    3. Leave your money in the plan for withdrawal or conversion at a later date (it will continue to earn interest, but must begin being paid by March 1 following the year in which you reach age 70 ½).

**The estimated amounts below do not have a survivor benefit reduction applied to them.** If you are married at the time of retirement, you will receive a reduced monthly benefit with a survivor benefit payable to your spouse, unless you and your spouse elect otherwise. Depending on the state, in some cases a civil union may be regarded as a marriage.

You will receive a more detailed pension estimate about 12 months following your job loss date.

| GE Pension Plan Estimate | |
|---|---|
| **Company-provided benefit*** | Estimated monthly amount as of October 01, 2033: $1,349.39 |
| **Company-provided benefit** | Estimated monthly amount as of October 01, 2038: $1,799.18 |
| **PPA/VPA** | Estimated Lump-Sum Balance as of November 23, 2022: $8,827.18 |
| | OR |
| | Estimated Monthly annuity as of November 23, 2022: $45.28** |

(*) This payment has been permanently reduced to reflect early retirement commencement prior to age 65. The reduction is equal to five-twelfths of one percent (5/12%) for each month that your start date precedes the first day of the month before your 65th birthday (i.e. 5% per year).

(**) This annuity represents conversion of your PPA/VPA balance. This estimate used an annuity conversion factor for your PPA/VPA balance based upon the rate in effect at the time the calculation was performed. This factor changes monthly so this estimate may differ slightly from your actual annuity if elected. As a result, your annuity may be slightly larger or slightly smaller than the estimate.

Taking a distribution from the Plan will end your period of protected service for pension purposes.

**Following your job loss date:**

- Twelve months from termination, a package will be sent to you that contains additional information about your pension benefits, including vesting, distribution options and other important material. Please keep us informed of address changes, as GE will be sending a package to you a few months prior to age 60 to help you commence.
- Review your Pension Profile via *OneHR.ge.com > Retirement > Pension Profile*.
- Generally, collecting a pension payment has an impact on the ability to collect unemployment compensation, either by reducing or eliminating the benefit. Check with your state unemployment office, as the eligibility rules vary by state.

# GE RETIREMENT SAVINGS PLAN (RSP)

**You are fully vested in your RSP amounts,** which means you have the right to those amounts when you leave the Company and all affiliates.

**When you terminate service from the Company and all affiliates:**

- No immediate action is required
- Access your account, tools and resources at My GE RSP on OneHR.ge.com or at NetBenefits.com
- Ensure your email on file with Fidelity is accurate and remains up to date so we can send important information to you
- The year's CRCs will be credited in the month after your service ends
- You may continue to make up to 12 investment switches per quarter
- GE Stock Fund Dividend Payout Option remains available to you
- RSP contributions will not be taken from your lump-sum severance benefit
- Your current contribution election continues to apply to any benefit-applicable compensation paid to you after your layoff, such as certain commissions and other approved compensation
- You can take a distribution of any vested amounts

| | Actions available when you terminate service |
|---|---|
| **Loans** | - You may continue to repay any outstanding loans under your current repayment schedule<br>- You are not permitted to take any new loans |
| **Distributions** | - You may keep your money in the plan (you must start payments after age 72)<br>- You may take a full or partial distribution<br>- Distributions may be eligible for rollover to another eligible retirement program such as another employer's qualified plan or an Individual Retirement Account (IRA) |

You may wish to consult a tax professional before taking a withdrawal or distribution from your RSP account. As you review this information, consider calling the GE RSP Service Center at 1-877-55-GERSP (1-877-554-3777) for a free consultation.

## INSURANCES

For up to twelve months, you can continue various insurance benefits. The following table outlines your current insurance coverage amounts and your options. When your coverage ends you have the option to continue some of your GE Life Insurance options as individual policies - a process called conversion.

| Plan Name | Coverage amount | Coverage eligibility | After coverage ends |
|---|---|---|---|
| **Basic Life Insurance** | $286,700 | Coverage continues for up to 12 months | Conversion is available |
| **Accidental Death or Dismemberment** | $143,350 | Coverage continues for up to 12 months | Conversion is not available |
| **Employee Personal Accident Insurance** | $716,750 | Coverage continues for up to 12 months | Conversion is not available |
| **Dependent Personal Accident Insurance** | $250,000 / $50,000 | Coverage continues for up to 12 months | Conversion is not available |

| Coverage that continues for current participants; Requires contributions | | | |
|---|---|---|---|
| **Plan Name** | **Coverage amount** | **Coverage eligibility** | **After coverage ends** |
| **A Plus Term Life Insurance** | $573,400 | Coverage continues for up to 12 months with regular contributions | Conversion is available |
| **Dependent Life Insurance** | $10,000 | Coverage continues for up to 12 months with regular contributions | Conversion is available |

**Conversion** is the ability to continue your insurance coverage as an individual policy directly with the insurance company. You can apply for conversion by sending the insurance company a conversion request form within 31 days of your coverage reduction or loss. To request that form, call the GE Job Loss Benefits Line at 1-866-234-9230.

**If you were to pass away,** your beneficiary or a family member should contact the GE Pension Benefits Inquiry Center at 1-800-432-3450 to report your death. You should keep your beneficiary designation up to date while covered. If you die within 31 days after coverage ends, benefits will still be paid to your beneficiary for the Basic Life Insurance and Personal Accident Insurance.

**Billing Information**
Shortly after your job loss date you will receive an invoice from the GE Insurance Continuation Center to continue your coverage. If you fail to make the necessary premium payments, your coverage will be canceled for non-payment.

If you are enrolled in Long Term Care, Personal Excess Liability Insurance, Home or Auto Insurance through Electric Insurance, you will be billed by the insurance company directly.  If you are enrolled in either the Group Legal or ID Theft benefit plans, GE coverage will continue for a limited period of time then end.  Please contact Added Benefits at 1-833-947-2029 for more information on when your coverage ends and what plan continuation options may be available.

## DISABILITY BENEFITS

You are currently enrolled in the below plans:

| Plan | Coverage eligibility | Contact information |
|---|---|---|
| **GE Salary Continuation** | Coverage continues for up to 31 days after your pay ends | 1-800-392-0789 Monday through Friday from 9:00 a.m. to 5:00 p.m., Eastern time |

**If you become disabled within 31 days of your job loss date, you will be eligible to apply for GE Salary Continuation Program benefits.** Please contact your HR manager and the GE Disability Benefits Center at 1-800-392-0789 if this situation arises. Excludes those who retire.

## AVAILABLE RESOURCES

| Plan | Eligibility | Contact information |
|---|---|---|
| **GE Emergency Aid Plan** | Eligibility for Natural Disaster grants will continue for up to 6 years from last day worked. | 1-800-524-8964 |
| **GE Work/Life Connections** | You are eligible for these services for up to 12 months following termination. Provides 24/7 personalized guidance and resources related to a major life event, including moving and relocation, legal assistance and adult learning. | 1-866-272-6007 |

# GE TUITION REFUND PROGRAM

The Tuition Refund Program provides tuition reimbursement for courses to expand your career opportunities.

- Assistance available if you were a full-time employee at the time of your layoff: $10,000 in total. This includes up to $400 per course in eligible academic fees.
- Assistance available if you were a part-time employee at the time of your layoff: $5,000 in total. This includes up to $400 per course in eligible academic fees.

All courses must be pre-approved by the GE Education and Family Services Center prior to the course start date and completed within two years of your job loss date. To receive reimbursement, you must complete each course with the required passing letter grade.

According to applicable law and current IRS regulations, your educational benefits may or may not be considered taxable. If they are considered taxable, the benefits will be subject to tax withholdings.

**Important:** Employees that have received a reimbursement for a master's degree or higher-level course while an active employee in the last four years and have signed a retention agreement must maintain employment with GE until the disposition, layoff, or plant closing date occurs to avoid repayment of previously reimbursed amounts, in accordance with their signed retention agreement.

**Apply for pre-approval online** at OneHR.ge.com > Additional Benefits > I want to ... > Apply for Tuition Reimbursement.

# CONTACT INFORMATION

| | |
|---|---|
| **GE Job Loss Benefits line**<br>• Job Loss payments<br>• Insurance, tax and pension questions<br>• Tuition Refund Program | 1-866-234-9230<br>9 a.m. - 5 p.m. Eastern time<br>Monday - Friday |
| **GE Retirement Savings Plan Center**<br>• RSP Balance<br>• Account questions and transactions support | 1-877-55-GERSP (1-877-554-3777)<br>8:30 a.m. - 8:30 p.m. Eastern time<br>on any day the New York Stock Exchange<br>is open for trading |
| **Insurance Continuation Center**<br>(administered by *WageWorks*)<br>• Payment of premiums during period of continued benefits | 1-866-924-6931<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday |
| **GE COBRA Administrator**<br>(administered by *WageWorks*)<br>• Continuation of medical, dental and vision benefits | 1-866-924-6931<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday |
| **Health Coach from GE**<br>• Provider assistance<br>• Resolving benefits and claim issues<br>• Employee Assistance Program (EAP) and Behavioral health | 1-866-272-6007<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday<br>Every day for after-hours urgent care questions |
| ***HealthEquity***<br>• HRA/FSA/LPFSA account balance; claims questions | 1-888-303-3006<br>8 a.m. - 11 p.m. Eastern time<br>Monday - Friday |
| **Via Benefits®**<br>• Medicare supplemental plans and support | 1-855-873-0103<br>8 a.m. - 11 p.m. Eastern time<br>Monday - Friday |

# ADDITIONAL RESOURCES

**Job Loss Checklist** - The checklist provides you with information, additional resources and action items you may find valuable during this transition. Locate the Job Loss Checklist at OneHR.ge.com on the right-hand menu under *Leaving GE > Job Loss* or by searching for the term "job loss" on OneHR.ge.com

**Job Loss Handbook** - If you have any questions regarding your job loss benefits, please refer to *Your Benefits Handbook*, including *Your Benefits Handbook - Health, Life Insurance, Disability, and Other Benefits*, available online at *OneHR.ge.com > Additional Benefits > Your Benefits Handbook > Health, Life Insurance, Disability, and Other Benefits*

**Employee Extended Access Portal (internal job search)** - Prior to your last day of work you can continue to search and apply for internal roles at My GE Career Portal. **Update your personal email** prior to your last day of work as it is required to gain access to the Extended Access Portal. After your last day of work, begin using the Extended Access Portal at https://jobs.gecareers.com/global/en/imlogin.

**State Unemployment Benefits** -The following information may assist in the filing of Unemployment compensation benefits.

> **FEIN**: █████████
> **Company Name**: General Electric International
> **Employer Address**:
> > Unemployment Solutions for You
> > 24307 Magic Mountain Pkwy, Suite 410
> > Valencia, CA 91355

To obtain information regarding your state Unemployment benefits, please contact your state Unemployment office or go to https://www.careeronestop.org.

**Employment Verification** - You can generate an employment verification letter online prior to your last day of work at *OneHR.ge.com > Pay & Taxes > Verify Employment.* After your last day of work, you can contact Vault Verify at 1-407-378-6203 or http://www.vaultverify.com to request a statement. You will need to give Vault Verify GE's company code: 25600.

Intentionally Left Blank

## FULL LAYOFF BENEFIT RELEASE FOR SALARIED EMPLOYEES

I, **Russell Ellefson**, (Employee ID#: _____) understand that my employment with the General Electric Company or one of its affiliates (the "Company") will be terminated due to layoff, and that in exchange for signing and not revoking this Release, I will receive the following:

- The lump sum severance payment to which I am entitled pursuant to the terms and conditions of the GE Layoff Benefit Plan for Salaried Employees (the "Plan"), less applicable deductions and withholdings, which will be paid within 60 days after my Qualifying Termination (as defined in the Plan); and

- If I was enrolled in a Company medical, dental or vision benefit plan on the day immediately prior to my Qualifying Termination, then during the first six (6) months following my Qualifying Termination my cost for medical and vision coverage under the GE Health Choice for Employees Plan and dental coverage under the GE Life, Disability and Medical Plan will be the same amount as if I had remained actively employed (*i.e.*, will be subsidized by the Company).  This coverage is provided as part of my COBRA rights.  After the first six (6) months of coverage, I will be offered the opportunity to continue the remaining portion of my COBRA health coverage at my own expense for as long as I remain eligible.

I acknowledge that I am not otherwise entitled to the benefits as set forth above, except that if I do not sign this release (or if I revoke this release), as part of my COBRA coverage, I will receive 60 days of Company-subsidized medical, dental and vision coverage at the same rates as I would pay were I an active GE employee, so long as I was enrolled in such a benefit plan(s) on the day immediately prior to my Qualifying Termination, and I will be offered the opportunity to continue the remaining portion of COBRA coverage at my own expense for as long as I remain eligible. This Release does not modify or affect any vested benefits that I may have under any applicable Company bonus or other benefit plan pursuant to its terms. I also acknowledge that I have not made any claims or allegations related to sexual harassment or sexual abuse and none of the payments set forth in this Release are related to sexual harassment or abuse.

In return for the benefits and payments discussed in this Release, my heirs, assigns, agents and I waive and release all waivable claims of any kind (whether known or unknown, and including those under the Age Discrimination in Employment Act (ADEA), as amended) that I may have against Releasees (defined below), which arise from or relate to my employment and/or the termination of my employment with the Company.  The released/waived claims include, but are not limited to, any and all claims that Releasees discriminated, harassed or retaliated against me on the basis of race, color, religion, national origin, sex (including pregnancy), sexual orientation, gender identity or expression, age, disability, veteran status or other characteristic or activity protected by law, violated any GE policies, procedures, covenants or express or implied contracts of any kind, violated any public policy, statutory or common law (including tort), or are in any way obligated to pay me wages, penalties, damages, expenses, costs or attorneys' fees in relation to an alleged violation of any waivable local, state\* or federal law.

---

\* Released claims include claims involving or under the following: Alabama Age Discrimination in Employment Act, Unlawful Practices related to Opposition of Employer under Section 25-1-28 of the Alabama Code, Alabama Whistleblower Protection Law, retaliatory or constructive discharge, and co-employer liability under Sections 25-5-11 and 25-5-11.1 of the Alabama Code, Alaska Human Rights Law, Alaska Family and Medical Leave Law, Alaska Occupational Safety and Health law Minnesota Human Rights Act, Minnesota Equal Pay for Equal Work Law, Minnesota Age Discrimination Statute, Minnesota Nonwork Activities Law, Minnesota Whistleblower Protection Law, Minnesota Parenting Leave Act, Minnesota Wage Law, Minnesota WARN Laws, Minnesota Personnel Record Access Laws, Retaliation provision of Minnesota Workers' Compensation Act, Montana Human Rights Act, Mont. Code, Montana Equal Pay Law, Montana Wrongful Discharge from Employment Act, Montana Maternity Leave Act, Montana Wage Payment Law, Montana Minimum Wage and Overtime Compensation Act, Montana Limitation on Hours for Certain Employees, Montana Blacklisting Statutes, West Virginia Human Rights Act, West Virginia Equal Pay Act, West Virginia's prohibition against discrimination for use of tobacco products, West Virginia's prohibition against discrimination for

jury duty summons, West Virginia Parental Leave Act, West Virginia Minimum Wage Law, Retaliation provisions of West Virginia Workers' Compensation Act, Retaliation provision of

**Releasees** include the Company, its predecessors, successors and assigns, their current and former direct and indirect parents, affiliates, subsidiaries, divisions, and related business entities, and their current and former officers, directors, shareholders, employees, agents, representatives and employee benefit programs (including the trustees, administrators, fiduciaries and insurers of such programs). I acknowledge that I am not waiving any rights or claims that may arise after the date I execute this Release, or that cannot be lawfully released.

I understand that this Release does not prevent me from or interfere with my rights to file a claim or charge or participate in an investigation or proceeding of a law enforcement authority or government agency that lawfully precludes such a waiver, including any state or federal fair employment practices agency (such as the Equal Employment Opportunity Commission), the U.S. Securities and Exchange Commission, the Department of Labor, the Department of Justice, and the Financial Industry Regulatory Authority. However, by signing this Release, I am waiving all rights to monetary, injunctive or other personal relief that may result from that process to the maximum extent law permits.

Please take notice that federal law provides criminal and civil immunity to federal and state claims for trade secret misappropriation to individuals who disclose a trade secret to their attorney, a court, or a government official in certain, confidential circumstances that are set forth at 18 U.S.C. §§ 1833(b)(1) and 1833(b)(2), related to the reporting or investigation of a suspected violation of the law, or in connection with a lawsuit for retaliation for reporting a suspected violation of the law.

I agree that I will make myself reasonably available to respond to requests for information from, meet with and be interviewed by, Company personnel or their agents in connection with internal or external reviews, investigations, proceedings or litigation pertaining to matters related to my employment.

I agree that, subject to any obligation I may have under applicable law, I will not make or cause to be made any statement or take any action that disparages or in any way damages the reputation of the Company or its affiliates, subsidiaries, agents and their current and former officers, directors or employees, orally or in writing. I understand that this provision does not prohibit me from reporting conduct to, providing truthful information to, or participating in any investigation or proceeding conducted by any government agency, authority or self-regulatory organization as set forth above.

I am not aware of (or have already disclosed to the Company in writing) any conduct by the Company or any of the Releases that I have any reason to believe violates or may violate any domestic or foreign law or regulation or Company policy, or involves or may involve false claims to the United States.  I have been paid all wages and commissions (if any) due and owing from the Company, including overtime, except possibly my final paycheck, which if not yet paid will be issued to me in the next pay cycle following the end of my employment (or earlier if law requires).

_____

Consumer Credit and Protection Act, Massachusetts Law Prohibiting Unlawful Discrimination, Massachusetts Equal Pay Law (except for claims that cannot be waived related to inquiry or discussion of wages), Massachusetts Right to be Free from Sexual Harassment Law, Massachusetts Age Discrimination Law, Massachusetts Equal Rights Law, Massachusetts Equal Rights for the Elderly and Disabled Law, Massachusetts Civil Rights Law, Massachusetts False Claims Act, Massachusetts Family and Medical Leave Laws and Small Necessities Act, and Massachusetts labor and industry privacy law. By signing this Release, Employee is acknowledging that this waiver includes any claims against the Company under Mass. Gen. Laws ch 149, § 148 – the Massachusetts Wage Act.  These claims include, but are not limited to, failure to pay earned wages, failure to pay overtime, failure to pay earned commissions, failure to timely pay wages, failure to pay accrued vacation or holiday pay, failure to furnish appropriate pay stubs, claims for improper wage deduction, and claims for failing to provide proper check-cashing facilities. This release waives claims under the New Jersey Conscientious Employee Protection Act. Pursuant to the West Virginia Human Rights Act, West Virginia employees who need an attorney may call the West Virginia State Bar Association at (866) 989-8227.

I will fully cooperate with the Company in effecting the smooth transition of my responsibilities, will submit appropriate T&L accounting on or before my last day worked, and will return all Company property within my possession/control, transferring my files and company records (electronic and paper) in accordance with my business' Document Management Procedure process. I represent that I have not and will not copy, transfer or take any GE Confidential Information to any external storage device or external personal email and will not disclose it outside GE in any other manner. GE Confidential Information includes but is not limited to documents and data containing work product that I or others prepared for the Company during my employment.

I understand that the Employee Innovation and Proprietary Information Agreement ("EIPIA"), any Employee Non-Solicitation/Non-Compete Agreement and the Company's internal alternative dispute resolution process will remain in effect in accordance with their terms. I agree to submit to the Company Alternative Dispute Resolution process ("Company ADR") any claims not released herein and covered by Company ADR, or any claims that arise after the date I sign this Release, including disputes about this Release. I understand I am giving up the right to a jury trial for such claims and that claims submitted pursuant to Company ADR will be decided finally and solely by an arbitrator. I understand that I may ask my Human Resources Manager ("HRM") for a copy of the Company ADR process.

I acknowledge that any breach by me of the obligations under this Release inevitably would cause substantial and irreparable damage for which money damages may not be an adequate remedy. Accordingly, the Company will be entitled to an injunction and/or other equitable relief, without the necessity of posting security, to prevent the breach. If the Company proves a breach in court or arbitration, I agree to indemnify and hold the Company harmless from any loss, claim or damages, including all reasonable attorneys' fees, costs and expenses incurred in enforcing this Release as well as repay all compensation and benefits paid as consideration under the terms of this Release, except to the extent that such reimbursement is prohibited by law or would result in the invalidation of the Release.

In addition to the other terms of this Release, I will be in breach of Release if I am found, in the Company's sole discretion, to have engaged in conduct that: i) occurred after the date of my Qualifying Termination that results in (or has the potential to cause) material harm financially, reputationally, or otherwise to the Company or any Releasee or; ii) occurred prior to the date of my Qualifying Termination and would give rise to a termination for Cause (as defined in the Plan).

I have read the terms of this Release and understand them. I agree to keep them confidential, except that I may disclose them to my immediate family, tax or legal advisors (as long as those individuals agree to be bound by this confidentiality obligation), governmental officials who seek such information as part of their official duties or as compelled by law. Additionally, nothing in this Release prevents or restricts me from filing or disclosing any facts necessary to receive unemployment insurance, Medicaid, or other public benefits to which I may be entitled.  I also understand that nothing in this Release prohibits me from discussing my compensation with others.

I understand that I have at least 45 days to consider this Release before signing it, and, only if I am 40 years old or older, that I can revoke this Release within 7 days (or 15 days in Minnesota) after signing it by sending written notice of that revocation to my HRM (the day following this revocation period is the "Effective Date" of this document). I also acknowledge that the Company has advised me in writing, by this reference, to consult with an attorney before signing this Release. I have not relied upon any oral statements or representations that are not included in this Release.

The Company reserves the right to terminate, amend, suspend, replace or modify any of its benefit plans and compensation programs at any time and for any reason, and I acknowledge that I will be subject to any such termination, amendment, suspension, replacement, or modification. If a plan or program is terminated, I acknowledge that I will not receive any further benefits under that plan/program, other than payment for benefits for services or coverages incurred before it was

terminated. This paragraph shall not alter any vested benefits to which I may be entitled under the terms of the GE Pension Plan and/or GE Retirement Savings Plan. To the extent any of the provisions in this Release conflict with the terms and conditions of any Company plan document, the provisions in the plan document shall be controlling.

This Release shall be construed, interpreted and applied under New York law, without regard to choice of law principles. If any provision of this Release cannot be modified by a court of competent jurisdiction to be enforceable, the affected provision shall be stricken and the remaining provisions shall have full force and effect.

**YOU MAY NOT MAKE ANY CHANGES TO THIS RELEASE. BEFORE SIGNING THIS RELEASE, READ IT CAREFULLY AND, IF YOU CHOOSE, DISCUSS IT WITH YOUR ATTORNEY. BY SIGNING THIS RELEASE, YOU WILL BE WAIVING ALL KNOWN AND UNKNOWN CLAIMS. TAKE AS MUCH TIME AS YOU NEED TO CONSIDER THIS RELEASE BEFORE DECIDING WHETHER TO SIGN IT, UP TO 45 DAYS AFTER RECEIPT OF THIS RELEASE AND ACCOMPANYING JOB LOSS BENEFITS LETTER, OR UNTIL YOUR LAST DAY WORKED, WHICHEVER IS LATER. IN ANY EVENT, YOU SHOULD NOT SIGN IT PRIOR TO YOUR LAST DAY WORKED.**

Return the complete signed Release by uploading it to http://onehr.ge.com/forms and emailing it to your HRM. Please return all 4 pages of the Release.

Understood and Intentionally and Voluntarily Agreed to by:

Signature: _____     Date: _____

Name (Printed): _____

g

GE
HR Services

1 River Road
Schenectady, NY 12345

October 24, 2022

Joshua Zongker
15493 Sw. 25th Avenue
Spivey, KS 67142

Dear Joshua Zongker:                                        Employee ID: ▮▮▮▮▮▮

We understand that you have been affected by a layoff. We recognize that this may be a difficult time in your life and want you to have the necessary information to make well-informed decisions about your benefits and options. This package outlines your GE benefits and provides key information needed to make critical decisions.

**Last Day Worked:** November 23, 2022 (your last day on active payroll and benefits)

**Job Loss date:** November 24, 2022 (your first day of job loss benefits)

**Service Termination date:** November 23, 2023 (reflects the full possible 12 months of protected service)

This package contains information about the following benefits:

| Benefit | Estimated Amount/Next Steps |
|---|---|
| Job Loss Income Benefit | $14,416.00 |
| GE Health Care | Coverage through your paid income severance period, if currently enrolled |
| GE Retirement Savings Plan (RSP) | No immediate action required, see RSP section |
| Insurances | See Insurances section |
| Vacation | See Vacation section |
| Education Benefit | Can apply immediately, see Individual Development section |

*Full details regarding the terms and conditions of General Electric Company's (GE) benefit plans are contained in the official plan documents. If descriptions in this package differ from the plan documents, the plan documents prevail. Similarly, any oral or written representations by a GE employee, plan representative or other party, or any benefit estimates that you may receive, cannot override, reverse or supplement the provisions of the plan documents. This package does not create a contract of employment between GE and any individual. The General Electric Company reserves the right to terminate, amend, suspend, replace, or modify its benefit plans and programs at any time and for any reason, in its sole discretion. No individual has a vested right to any benefit under a GE welfare benefit plan or program.*

The term "Company" refers to the General Electric Company or affiliate that employed you on its payroll. However, when used in connection with sponsorship of the plans and programs described in this letter, "Company" refers only to the General Electric Company.

Sincerely,
HR Services

**EXHIBIT**

**B**

## SEVERANCE BENEFIT

**You are eligible to receive an estimated total severance benefit of $14,416.00** (less any applicable taxes and withholdings).

**Here's how it's calculated:** Your benefit is based on the greater of 4 weeks of pay or one full week of pay for each full year of service, plus an additional ¼ week of pay for each additional three months worked. A "week's pay" is considered your straight-time rate for the last full week worked. Your straight-time weekly salary rate equals your annual salary rate divided by 52.1667.

### Severance benefit summary for job loss date of November 24, 2022

|  | Amount | Calculation |
|---|---|---|
| **Base salary information** | $1,696.00 weekly base pay | Annual base salary $88,474.72 / 52.1667 |
| **Continuous service amount** | 8.50 years | 1 week's pay x 8.50 years of service |
| **Estimated severance benefit** | $14,416.00 total | $1,696.00 x 8.50 years of service |

### What is continuous service?

Continuous service is the total length of your service with the Company, usually starting from your date of hire. Details are included in the Continuity of Service Rules in *Your Benefits Handbook -Health, Life Insurance, Disability, and Other Benefits.*

### What is protected service?

Protected service is the period of time, up to 12 months from your job loss date, during which your continuous service and eligibility for certain GE benefits will be preserved. Certain actions, like the election of a lump-sum payout of severance benefits, will end your period of protected service.

### Options for receiving your severance benefit:

You may elect to receive the severance benefit in either

    A. **weekly or bi-weekly payments (based on your current pay schedule) or**
    B. **a single lump-sum payment**

### A. If you elect weekly or bi-weekly payments:

Payments will be issued at 100% of your weekly, straight-time base pay, paid to you on your current pay schedule. Payments will be issued until your severance benefit is exhausted, assuming you remain on protected service.

**You will be defaulted into the weekly/bi-weekly payments,** unless you return the Lump-Sum Option Election Form included in this packet. When your protected service ends, any remaining severance benefit will be paid out as a lump sum. You can terminate service and request a lump sum of your remaining balance at any time during the 12-month period by completing the Lump-Sum Option Election Form.

### B. If you elect to receive a lump-sum payment:

You will receive the total amount of the severance benefit in a lump sum, typically paid to you within 2-3 pay periods from your job loss date. **Your employment will terminate, service will end effective the later of your job loss date or the signature date on the Lump-Sum Option Election Form, and you will no longer be eligible for other layoff benefits.** Terminating service will end your recall rights.

To elect a lump sum, securely upload the enclosed Lump-Sum Option Election Form to https://onehr.ge.com/forms

**Comparison of the two payment options:**

| Severance benefit | Weekly payments | Lump-sum payment |
|---|---|---|
| **Taxes** | Applicable Federal taxes<br><br>Applicable state tax<br><br>6.2% Social Security (if you have not reached the yearly Social Security maximum)<br><br>1.45% Medicare | 22% Federal taxes*<br><br>Your highest state tax rate for lump-sum payments<br><br>6.2% Social Security (if you have not reached the yearly Social Security maximum)<br><br>1.45% Medicare |
| **Deductions** | Garnishments, if applicable<br><br>No benefit deductions are withheld; you will be billed by GE Insurance Continuation for most benefits | Garnishments, if applicable<br><br>No benefit deductions are withheld |
| **Impact on benefits** | Most benefits continue during protected service assuming you continue to pay any required contributions/premiums | Other layoff benefits end |
| **GE continuous service** | Service is maintained for up to 12 months from job loss date | Service terminates immediately; upon rehire, your ability to restore your continuous service may be contingent upon repayment of the lump-sum payment |

*If this is your first payment in the calendar year, tax withholding will be determined by your Federal tax election (W-4) on file. Prior to your last day worked, you can update your tax election at *OneHR.ge.com > Pay and Taxes > Tax Actions > Update Tax Elections*

**What happens if you get another job?**

If you get a job **outside the Company,** you will receive all remaining severance dollars with two payment options:

1. You can break service and have any remaining dollars paid to you in a lump sum.
2. You can stay on protected service and any remaining severance dollars will continue to be paid until exhausted.

If you get a job **within the Company:**

1. If you have been receiving weekly/bi-weekly payments, you will keep any payments already received, but any remaining balance is forfeited.
2. If you received a lump sum, broke service and are rehired within 12 months of receiving your lump sum, you will be required to repay a prorated portion of the lump-sum amount to have your service time restored.

## VACATION TIME

You are currently on the **Earn As You Go** benefit plan.

Any current year earned, but unused, vacation will be paid out in a lump-sum payment following the end of your Working Notice Period. This lump-sum vacation payout is considered taxable earnings and is subject to the applicable Federal, State and FICA taxes and any applicable benefit deductions, including the GE Pension Plan and the GE Retirement Savings Plan (RSP).

If you have already used all your vacation days at the time of job loss you are not required to repay the Company for any unearned days.

If you obtain another position inside GE within the same calendar year as your last day worked, you are not required to repay your vacation lump-sum payment. The vacation days paid will not be reinstated. You may earn additional vacation time upon rehire based on your vacation eligibility at the time of rehire.

You will also receive pay for unused sick and personal days/hours that you have accumulated.

## HEALTH CARE BENEFITS

The Company will continue your existing coverage under the GE Health Benefits for production employees plan, GE Vision Option and GE Dental Care Option for you and your eligible dependents through your paid income severance period.

**Your Benefit as of November 24, 2022 (assuming you stay on protected service)**
This is a summary based on current information. If you have recently made an election it may not be reflected here.

| Benefit plan name | Current coverage | Eligibility | Cost |
|---|---|---|---|
| **GEHB Option 3 - Aetna** Includes prescription and behavioral health benefits | 1 Person Coverage | Eligible to continue coverage through your paid income severance period | Contribution-free |
| **GE Vision Premium Option** | 1 Person Coverage | Eligible to continue coverage through your paid income severance period | Contribution-free |
| **GE Dental Premium Option** | 1 Person Coverage | Eligible to continue coverage through your paid income severance period | Contribution-free |

**Coverage and Enrollment Information**
Job loss is not a qualifying event to change your medical care option, but it does allow you to cancel coverage or decrease the coverage level on your current benefit options (i.e., 1 person, 2 people, 3 or more people). You can change your medical care option during Annual Enrollment. You can add or drop dependents during Annual Enrollment, or if they have a qualifying life event.

If you go to work for another employer, GE will continue to provide health care coverage during your paid income severance period. GE will be secondary to your new employer's plan.

**After GE coverage ends**
You may be eligible to extend coverage through **COBRA**. COBRA is the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended. It is a federal law requiring employers to allow former employees and/or their covered dependents to continue health care coverage under certain circumstances when coverage would otherwise end. The GE Insurance Continuation Center will mail you a package regarding your rights under COBRA shortly after your last day of work. Estimated monthly COBRA rates are included in this package.

Health coverage alternatives may be available to you through the health insurance marketplace at www.healthcare.gov. If you will be Medicare eligible when your GE medical coverage ends, you may seek coverage through www.medicare.gov and Via Benefits®.

# GE RETIREMENT SAVINGS PLAN (RSP)

**You are fully vested in your RSP amounts,** which means you have the right to those amounts when you leave the Company and all affiliates.

**While on protected service:**

- No immediate action is required
- Access your account, tools and resources at My GE RSP on OneHR.ge.com or at NetBenefits.com
- Ensure your email on file with Fidelity is accurate and remains up to date so we can send important information to you
- The year's CRCs will be credited in the following January or in the month after your service ends, if earlier
- You may continue to make up to 12 investment switches per quarter
- GE Stock Fund Dividend Payout Option remains available to you
- RSP contributions will not be taken from your job loss income benefits
- Your current contribution election continues to apply to any benefit-applicable compensation paid to you after your layoff, such as vacation pay, certain commissions and other approved compensation

| | Actions available while on protected service |
|---|---|
| **Loans** | <ul><li>If you have an outstanding loan at the time of your layoff, you may continue to repay. The loan will change to a monthly payment schedule - Fidelity will mail you a letter with instructions.</li><li>You may take out new loans, but no more than two loans may be outstanding at any time<ul><li>Minimum loan amount is $500</li><li>Maximum loan amount is lesser of $50,000 reduced by your highest outstanding loan balance from the past 12 months; or ½ of your available account balance</li></ul></li></ul> |
| **Withdrawals** | <ul><li>You may take regular withdrawals to access your after-tax contributions, certain Company Matching Contributions, rollover contributions and any associated earnings</li><li>You may be eligible to withdraw part of your RSP</li><li>Hardship withdrawals may be available if you have an "immediate and heavy financial need," as defined by the IRS</li></ul> |

**When protected service ends:**

- No immediate action is required
- Access your account, tools and resources at Fidelity NetBenefits-My GE RSP on OneHR.ge.com or at NetBenefits.com
- You may continue to make up to 12 investment switches per quarter
- GE Stock Fund Dividend Payout Option remains available to you

| | Actions available when protected service ends |
|---|---|
| **Loans** | <ul><li>You may continue to repay any outstanding loans under your current repayment schedule</li><li>You are not permitted to take any new loans</li></ul> |
| **Distributions** | <ul><li>You may keep your money in the plan (you must start payments after age 72)</li><li>You may take a full or partial distribution of any vested amounts</li><li>Distributions may be eligible for rollover to another eligible retirement program such as another employer's qualified plan or an Individual Retirement Account (IRA)</li></ul> |

You may wish to consult a tax professional before taking a withdrawal or distribution from your RSP account. As you review this information, consider calling the GE RSP Service Center at 1-877-55-GERSP (1-877-554-3777) for a free consultation.

## INSURANCES

While on protected service, you can continue various insurance benefits. The following table outlines your current insurance coverage amounts, your options during protected service and when your service terminates. When your coverage ends you have the option to continue some of your GE Life Insurance options as individual policies - a process called conversion.

| Plan Name | Coverage amount | Coverage eligibility | After coverage ends |
|---|---|---|---|
| **Basic Life Insurance** | $180,288 | Coverage continues for up to 12 months* | Conversion is available |
| **Accidental Death or Dismemberment** | $90,144 | Coverage continues for up to 12 months* | Conversion is not available |
| **Employee Personal Accident Insurance** | $450,720 | Coverage continues for up to 12 months* | Conversion is not available |

*As long as your continuous service is maintained

**Conversion** is the ability to continue your insurance coverage as an individual policy directly with the insurance company. You can apply for conversion by sending the insurance company a conversion request form <u>within 31 days of your coverage reduction or loss</u>. To request that form, call the GE Job Loss Benefits Line at 1-866-234-9230.

**If you were to pass away,** your beneficiary or a family member should contact the GE Pension Benefits Inquiry Center at 1-800-432-3450 to report your death. You should keep your beneficiary designation up to date while covered. If you die within 31 days after coverage ends, benefits will still be paid to your beneficiary for the Basic Life Insurance and Personal Accident Insurance.

**Billing Information**
Shortly after your job loss date you will receive an invoice from the GE Insurance Continuation Center to continue your coverage. If you fail to make the necessary premium payments, your coverage will be canceled for non-payment.

If you are enrolled in Long Term Care, Personal Excess Liability Insurance, Home or Auto Insurance through Electric Insurance, you will be billed by the insurance company directly.  If you are enrolled in either the Group Legal or ID Theft benefit plans, GE coverage will continue for a limited period of time then end.  Please contact Added Benefits at 1-833-947-2029 for more information on when your coverage ends and what plan continuation options may be available.

## DISABILITY BENEFITS

You are currently enrolled in the below plans:

| Plan | Coverage eligibility | Contact information |
|------|---------------------|---------------------|
| GE Short-term Disability | Coverage continues for up to 31 days after your pay ends* | 1-800-392-0789 Monday through Friday from 9:00 a.m. to 5:00 p.m., Eastern time |

*As long as your continuous service is maintained

**If you become disabled within 31 days of your job loss date, you will be eligible to apply for GE Short-term Disability benefits.** Please contact your HR manager and the GE Disability Benefits Center at 1-800-392-0789 if this situation arises. Excludes those who retire.

## AVAILABLE RESOURCES

| Plan | Eligibility | Contact information |
|------|-------------|---------------------|
| GE Emergency Aid Plan | Eligibility for Natural Disaster grants will continue while on protected service. After service ends, eligibility continues for up to 5 years from termination or up to the length of your prior continuous service, if less. | 1-800-524-8964 |
| GE Work/Life Connections | You are eligible for these services while on protected service. Provides 24/7 personalized guidance and resources related to a major life event, including moving and relocation, legal assistance and adult learning. | 1-866-272-6007 |

# INDIVIDUAL DEVELOPMENT PROGRAM

The Individual Development Program provides tuition reimbursement for courses and training programs to expand your career opportunities. This benefit is available as long as recall rights are maintained as of the first day of course instruction.

- Assistance is available if you were a full-time employee with at least 6 months of continuous service at the time of your layoff, $10,000 per year. This includes up to $400 per course in eligible academic fees, required textbooks and course-related software.
- Assistance is available if you were a part-time employee with at least 6 months of continuous service and scheduled to work at least 20 hours in a week at the time of your layoff, $2,000 per year. This includes up to $400 per course in eligible academic fees, required textbooks and course-related software.

All courses must be pre-approved by the GE Education and Family Services Center prior to course start date, initiated within five years of your job loss date and completed within five years of your recall rights eligibility ending. To receive reimbursement, you must complete each course with the required passing letter grade.

According to applicable law and current IRS regulations, your educational benefits may or may not be considered taxable. If they are considered taxable, the benefits will be subject to tax withholdings.

**If you elect to receive your job loss income benefit in a lump sum,** you are considered terminated from the Company, your continuous service ends and your eligibility for all GE benefits generally ends. You will no longer be eligible for tuition reimbursement, even if you were pre-approved.

**Important:** Employees that have received a reimbursement for a master's degree or higher-level course while an active employee in the last four years and have signed a retention agreement must maintain employment with GE until the disposition, layoff, or plant closing date occurs to avoid repayment of previously reimbursed amounts, in accordance with their signed retention agreement.

**Apply for pre-approval online** at OneHR.ge.com > Additional Benefits > I want to ... > Apply for Tuition Reimbursement.

# CONTACT INFORMATION

| | |
|---|---|
| **GE Job Loss Benefits line**<br>• Job Loss payments<br>• Insurance, tax and pension questions<br>• Tuition Refund Program | 1-866-234-9230<br>9 a.m. - 5 p.m. Eastern time<br>Monday - Friday |
| **GE Retirement Savings Plan Center**<br>• RSP Balance<br>• Account questions and transactions support | 1-877-55-GERSP (1-877-554-3777)<br>8:30 a.m. - 8:30 p.m. Eastern time<br>on any day the New York Stock Exchange<br>is open for trading |
| **Insurance Continuation Center**<br>(administered by *WageWorks*)<br>• Payment of premiums during period of continued benefits | 1-866-924-6931<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday |
| **GE COBRA Administrator**<br>(administered by *WageWorks*)<br>• Continuation of medical, dental and vision benefits | 1-866-924-6931<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday |
| **Health Coach from GE**<br>• Provider assistance<br>• Resolving benefits and claim issues<br>• Employee Assistance Program (EAP) and Behavioral health | 1-866-272-6007<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday<br>Every day for after-hours urgent care questions |
| ***HealthEquity***<br>• HRA/FSA/LPFSA account balance; claims questions | 1-888-303-3006<br>8 a.m. - 11 p.m. Eastern time<br>Monday - Friday |
| **Via Benefits®**<br>• Medicare supplemental plans and support | 1-855-873-0103<br>8 a.m. - 11 p.m. Eastern time<br>Monday - Friday |

## ADDITIONAL RESOURCES

**Job Loss Checklist** - The checklist provides you with information, additional resources and action items you may find valuable during this transition. Locate the Job Loss Checklist at OneHR.ge.com on the right-hand menu under *Leaving GE > Job Loss* or by searching for the term "job loss" on OneHR.ge.com

**Job Loss Handbook** - If you have any questions regarding your job loss benefits, please refer to *Your Benefits Handbook*, including *Your Benefits Handbook - Health, Life Insurance, Disability, and Other Benefits*, available online at *OneHR.ge.com > Additional Benefits > Your Benefits Handbook > Health, Life Insurance, Disability, and Other Benefits*

**Employee Extended Access Portal (internal job search)** - Prior to your last day of work you can continue to search and apply for internal roles at My GE Career Portal. **Update your personal email** prior to your last day of work as it is required to gain access to the Extended Access Portal. After your last day of work, begin using the Extended Access Portal at https://jobs.gecareers.com/global/en/imlogin.

**State Unemployment Benefits** -The following information may assist in the filing of Unemployment compensation benefits.

> **FEIN**: ▮▮▮▮▮▮▮▮
> **Company Name**: General Electric International
> **Employer Address**:
> > Unemployment Solutions for You
> > 24307 Magic Mountain Pkwy, Suite 410
> > Valencia, CA 91355

To obtain information regarding your state Unemployment benefits, please contact your state Unemployment office or go to https://www.careeronestop.org.

**Employment Verification** - You can generate an employment verification letter online prior to your last day of work at *OneHR.ge.com > Pay & Taxes > Verify Employment.* After your last day of work, you can contact Vault Verify at 1-407-378-6203 or http://www.vaultverify.com to request a statement. You will need to give Vault Verify GE's company code: 25600.

Intentionally Left Blank

# LUMP-SUM OPTION ELECTION FORM

Name:_____     Employee ID: ███████████

Email (Personal)_____     Phone Number:_____

**You <u>only</u> need to return this form if you are electing a lump sum payment of your layoff income benefit. If you are not electing a lump sum payment,** you will be defaulted into the weekly/bi-weekly payment option. Lump sum amounts are usually paid within 3-4 weeks following the later of your last day worked, or receipt of the election form.

If you have any questions regarding your job loss benefits, please refer to *Your Benefits Handbook*, including *Your Benefits Handbook - Health, Life Insurance, Disability, and Other Benefits*, available online at *OneHR.ge.com > Additional Benefits > Your Benefits Handbook > Health, Life Insurance, Disability, and Other Benefits*

**Securely upload** documents to https://onehr.ge.com/forms,
or **Mail to:**
GE HR Services
PO Box 5000
Schenectady, NY 12301

## Select Option:

☐ **Lump-Sum Option:** Breaks service and ends other benefits. Service termination date will be the later of signature date, or last day worked. Terminating service will end your recall rights.

_____          _____
Employee Signature                                                                           Date

**MR817**

## FULL LAYOFF BENEFIT RELEASE

I, JOSHUA JAY ZONGKER (SSO#: ▮▮▮▮▮), understand that my employment with the General Electric Company, including its affiliates and subsidiaries (the "Company"), will be terminated due to layoff, and I understand that if I choose not to sign this Release, I will be entitled to a layoff benefit consisting of two (2) weeks of pay per the terms of the GE Layoff Plan for Salaried Employees and eligibility while GE protected service is maintained for up to two (2) months of continued Company-subsidized medical and/or dental coverage under the GE Health Choice Plan and the GE Life, Disability and Medical Plan at active employee rates (referred collectively as the "Base Layoff Package").

I further understand that, if I choose to sign this Release, in lieu of the Base Layoff Package outlined above, I will receive the Full Layoff Benefit, which will consist of the following:

(a) the Full Monetary Benefit to which I am entitled pursuant to the terms and conditions of the GE Layoff Plan for Salaried Employees (the "Plan"), less applicable deductions and withholdings (the Full Monetary Benefit generally consists of one week of pay per year of service plus ¼ week for each 3 months partial year I can elect to receive my Full Monetary Benefit in weekly installments, or in a lump sum (resulting in break of GE protected service, except for employees age 59 or older at the time of layoff who can remain on protected service for up to one year if they select the special lump sum option), pursuant to the terms of the Plan; and

(b) Eligibility while GE protected service is maintained for up to six (6) months of Company-subsidized medical coverage under the GE Health Choice Plan, and up to six (6) months of Company-subsidized dental coverage under the GE Life, Disability and Medical Plan at the same rates as I would be paying were I an active GE employee. (Employees age 59 with at least 9 years of continuous service at the time of layoff can receive up to an additional six (6) months of coverage while on protected service at retiree rates). I acknowledge that any such Company-subsidized coverage constitutes a portion of my entitlement to post-employment medical coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA.)

In return for the aforementioned benefits, my heirs, assigns, agents and I agree to waive and release all waivable claims of any kind (whether known or unknown, and including those under the Age Discrimination in Employment Act (ADEA)) that I may have against Releasees (defined below), which arise from or relate to my employment and/or the termination of my employment with the Company. As discussed further below, this waiver does not interfere with my rights to file charges with, provide truthful information to, or participate in investigations/proceedings by the EEOC or other governmental agencies or self-regulatory organizations. The claims I am releasing include, but are not limited to, any and all claims that Releasees discriminated, harassed or retaliated against me on the basis of race, color, religion, national origin, sex (including pregnancy), sexual orientation, age, disability, veteran status or other characteristic or activity protected by law, violated any GE policies, procedures, covenants or express or implied contracts of any kind, violated any public policy, statutory or common law (including tort), or are in any way obligated to pay me damages, expenses, costs or attorneys' fees in relation to an alleged violation of any waivable local, state* or federal law. Releasees include the Company, its predecessors, successors and assigns, their current and former direct and indirect parents, affiliates, subsidiaries, divisions, and related business entities, and their current and former officers, directors, shareholders, employees, agents, representatives and employee

---

\* Including but not limited to claims under the New Jersey Conscientious Employee Protection Act, and all rights and claims under the Massachusetts Wage Act such as claims for unpaid or late payment of wages, unpaid overtime, vacation payments, commission payments, meal period violations and unpaid tips. California employees also specifically waive all rights and benefits under Section 1542 of the California Civil Code, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor." The term "creditor" in the above quote refers to the employee and the term "debtor" refers to the employer. Pursuant to the West Virginia Human Rights Act, West Virginia employees who need an attorney may call the West Virginia State Bar Association at (866) 989-8227.

**EXHIBIT C**

benefit programs (including the trustees, administrators, fiduciaries and insurers of such programs). I acknowledge that I am not waiving any rights or claims that may arise after the date I execute this Release. This Release does not modify or affect any vested rights and benefits that I may have under any applicable Company bonus or benefit plan. I understand that this Release does not prevent me from filing a charge with any administrative agency or from participating in an investigation or proceeding of a governmental agency. However, I understand I am waiving any and all rights to monetary, injunctive or other personal relief that may result from that process; provided however that this waiver shall not apply to participation in any investigation or proceeding conducted by the U.S. Securities and Exchange Commission. I also understand that this Release does not prohibit me from discussing my compensation with others; or reporting conduct to, providing truthful information to, or participating in any investigation or proceeding conducted by any federal or state government agency or self-regulatory organization.

I agree that I will make myself reasonably available to meet with and be interviewed by Company personnel or their agents in connection with internal or external reviews, investigations, proceedings or litigation pertaining to matters that occurred during my employment. I have disclosed in writing to the Company all information in my possession about any false claims to the United States, unlawful activities or violations of Company or GE policy that may have occurred during my employment, I have been paid all wages due and owing from the Company, including overtime. I will fully cooperate with the Company in effecting the smooth transition of my responsibilities, returning all Company property within my possession/control, transferring my files and company records (electronic and paper) in accordance with the GE Power Business Records Management Guidelines process and submitting appropriate T&L accounting on or before my last day worked. I further agree not to disparage the Company or its related business entities and their current and former officers or directors orally or in writing. I understand that the Employee Innovation and Proprietary Information Agreement (EIPIA), the Company's internal alternative dispute resolution process and any Employee Non-Solicitation/Compete Agreement will remain in effect in accordance with their terms.

I fully understand the terms of this Release and agree to keep them confidential, except that I may disclose them to my immediate family, tax or legal advisors (as long as those individuals agree to be bound by this confidentiality obligation). I also understand that I have 46 days, after receipt of my individual Job Loss Benefits letter and accompanying documentation, to consider this Release before signing it, and, if I am 40 years of age or older, that I can revoke this Release within 7 days (or 15 days in Minnesota) after signing it by sending written notice of that revocation to my Human Resources Manager (the day following this revocation period is the "Effective Date" of this document). I also acknowledge that the Company has advised me in writing, by this reference, to consult with an attorney before signing this Release, and, if I am 40 years of age or older, that I have received the attached Exhibit A required by the U.S. Older Workers Benefit Protection Act. I have not relied upon any oral statements or representations that are not included in this Release.

This Release shall be construed, interpreted and applied under New York law. If any provision of this Release cannot be modified by a court of competent jurisdiction to be enforceable, the affected provision shall be stricken and the remaining provisions shall have full force and effect.

**YOU MAY NOT MAKE ANY CHANGES TO THE TERMS OF THIS RELEASE. BEFORE SIGNING THIS RELEASE, READ IT CAREFULLY AND, IF YOU CHOOSE, DISCUSS IT WITH YOUR ATTORNEY AT YOUR OWN EXPENSE. TAKE AS MUCH TIME AS YOU NEED TO CONSIDER THIS RELEASE BEFORE DECIDING WHETHER TO SIGN IT, UP TO 46 DAYS AFTER RECEIPT OF YOUR INDIVIDUAL JOB LOSS BENEFITS LETTER AND ACCOMPANYING DOCUMENTATION– AFTER WHICH THIS OFFER WILL NO LONGER BE AVAILABLE. BY SIGNING THIS RELEASE YOU WILL BE WAIVING ALL KNOWN AND UNKNOWN CLAIMS.**

Understood and Agreed to by (Print Name and SSO):   JOSHUA JAY ZONGKER / ▮▮▮▮▮▮▮▮

Signature: _____    Date: 11/2/2022

## FULL LAYOFF BENEFIT RELEASE FOR SALARIED EMPLOYEES

I, **Russell Ellefson**, (Employee ID#: ███████ understand that my employment with the General Electric Company or one of its affiliates (the "Company") will be terminated due to layoff, and that in exchange for signing and not revoking this Release, I will receive the following:

- The lump sum severance payment to which I am entitled pursuant to the terms and conditions of the GE Layoff Benefit Plan for Salaried Employees (the "Plan"), less applicable deductions and withholdings, which will be paid within 60 days after my Qualifying Termination (as defined in the Plan); and

- If I was enrolled in a Company medical, dental or vision benefit plan on the day immediately prior to my Qualifying Termination, then during the first six (6) months following my Qualifying Termination my cost for medical and vision coverage under the GE Health Choice for Employees Plan and dental coverage under the GE Life, Disability and Medical Plan will be the same amount as if I had remained actively employed (*i.e.*, will be subsidized by the Company). This coverage is provided as part of my COBRA rights. After the first six (6) months of coverage, I will be offered the opportunity to continue the remaining portion of my COBRA health coverage at my own expense for as long as I remain eligible.

I acknowledge that I am not otherwise entitled to the benefits as set forth above, except that if I do not sign this release (or if I revoke this release), as part of my COBRA coverage, I will receive 60 days of Company-subsidized medical, dental and vision coverage at the same rates as I would pay were I an active GE employee, so long as I was enrolled in such a benefit plan(s) on the day immediately prior to my Qualifying Termination, and I will be offered the opportunity to continue the remaining portion of COBRA coverage at my own expense for as long as I remain eligible. This Release does not modify or affect any vested benefits that I may have under any applicable Company bonus or other benefit plan pursuant to its terms. I also acknowledge that I have not made any claims or allegations related to sexual harassment or sexual abuse and none of the payments set forth in this Release are related to sexual harassment or abuse.

In return for the benefits and payments discussed in this Release, my heirs, assigns, agents and I waive and release all waivable claims of any kind (whether known or unknown, and including those under the Age Discrimination in Employment Act (ADEA), as amended) that I may have against Releasees (defined below), which arise from or relate to my employment and/or the termination of my employment with the Company. The released/waived claims include, but are not limited to, any and all claims that Releasees discriminated, harassed or retaliated against me on the basis of race, color, religion, national origin, sex (including pregnancy), sexual orientation, gender identity or expression, age, disability, veteran status or other characteristic or activity protected by law, violated any GE policies, procedures, covenants or express or implied contracts of any kind, violated any public policy, statutory or common law (including tort), or are in any way obligated to pay me wages, penalties, damages, expenses, costs or attorneys' fees in relation to an alleged violation of any waivable local, state* or federal law.

---

\* Released claims include claims involving or under the following: Alabama Age Discrimination in Employment Act, Unlawful Practices related to Opposition of Employer under Section 25-1-28 of the Alabama Code, Alabama Whistleblower Protection Law, retaliatory or constructive discharge, and co-employer liability under Sections 25-5-11 and 25-5-11.1 of the Alabama Code, Alaska Human Rights Law, Alaska Family and Medical Leave Law, Alaska Occupational Safety and Health law Minnesota Human Rights Act, Minnesota Equal Pay for Equal Work Law, Minnesota Age Discrimination Statute, Minnesota Nonwork Activities Law, Minnesota Whistleblower Protection Law, Minnesota Parenting Leave Act, Minnesota Wage Law, Minnesota WARN Laws, Minnesota Personnel Record Access Laws, Retaliation provision of Minnesota Workers' Compensation Act, Montana Human Rights Act, Mont. Code, Montana Equal Pay Law, Montana Wrongful Discharge from Employment Act, Montana Maternity Leave Act, Montana Wage Payment Law, Montana Minimum Wage and Overtime Compensation Act, Montana Limitation on Hours for Certain Employees, Montana Blacklisting Statutes, West Virginia Human Rights Act, West Virginia Equal Pay Act, West Virginia's prohibition against discrimination for use of tobacco products, West Virginia's prohibition against discrimination for jury duty summons, West Virginia Parental Leave Act, West Virginia Minimum Wage Law, Retaliation provisions of West Virginia Workers' Compensation Act, Retaliation provision of

**EXHIBIT**

**D**

**Releasees** include the Company, its predecessors, successors and assigns, their current and former direct and indirect parents, affiliates, subsidiaries, divisions, and related business entities, and their current and former officers, directors, shareholders, employees, agents, representatives and employee benefit programs (including the trustees, administrators, fiduciaries and insurers of such programs). I acknowledge that I am not waiving any rights or claims that may arise after the date I execute this Release, or that cannot be lawfully released.

I understand that this Release does not prevent me from or interfere with my rights to file a claim or charge or participate in an investigation or proceeding of a law enforcement authority or government agency that lawfully precludes such a waiver, including any state or federal fair employment practices agency (such as the Equal Employment Opportunity Commission), the U.S. Securities and Exchange Commission, the Department of Labor, the Department of Justice, and the Financial Industry Regulatory Authority. However, by signing this Release, I am waiving all rights to monetary, injunctive or other personal relief that may result from that process to the maximum extent law permits.

Please take notice that federal law provides criminal and civil immunity to federal and state claims for trade secret misappropriation to individuals who disclose a trade secret to their attorney, a court, or a government official in certain, confidential circumstances that are set forth at 18 U.S.C. §§ 1833(b)(1) and 1833(b)(2), related to the reporting or investigation of a suspected violation of the law, or in connection with a lawsuit for retaliation for reporting a suspected violation of the law.

I agree that I will make myself reasonably available to respond to requests for information from, meet with and be interviewed by, Company personnel or their agents in connection with internal or external reviews, investigations, proceedings or litigation pertaining to matters related to my employment.

I agree that, subject to any obligation I may have under applicable law, I will not make or cause to be made any statement or take any action that disparages or in any way damages the reputation of the Company or its affiliates, subsidiaries, agents and their current and former officers, directors or employees, orally or in writing. I understand that this provision does not prohibit me from reporting conduct to, providing truthful information to, or participating in any investigation or proceeding conducted by any government agency, authority or self-regulatory organization as set forth above.

I am not aware of (or have already disclosed to the Company in writing) any conduct by the Company or any of the Releases that I have any reason to believe violates or may violate any domestic or foreign law or regulation or Company policy, or involves or may involve false claims to the United States. I have been paid all wages and commissions (if any) due and owing from the Company, including overtime, except possibly my final paycheck, which if not yet paid will be issued to me in the next pay cycle following the end of my employment (or earlier if law requires).

---

Consumer Credit and Protection Act, Massachusetts Law Prohibiting Unlawful Discrimination, Massachusetts Equal Pay Law (except for claims that cannot be waived related to inquiry or discussion of wages), Massachusetts Right to be Free from Sexual Harassment Law, Massachusetts Age Discrimination Law, Massachusetts Equal Rights Law, Massachusetts Equal Rights for the Elderly and Disabled Law, Massachusetts Civil Rights Law, Massachusetts False Claims Act, Massachusetts Family and Medical Leave Laws and Small Necessities Act, and Massachusetts labor and industry privacy law. By signing this Release, Employee is acknowledging that this waiver includes any claims against the Company under Mass. Gen. Laws ch 149, § 148 – the Massachusetts Wage Act. These claims include, but are not limited to, failure to pay earned wages, failure to pay overtime, failure to pay earned commissions, failure to timely pay wages, failure to pay accrued vacation or holiday pay, failure to furnish appropriate pay stubs, claims for improper wage deduction, and claims for failing to provide proper check-cashing facilities. This release waives claims under the New Jersey Conscientious Employee Protection Act. Pursuant to the West Virginia Human Rights Act, West Virginia employees who need an attorney may call the West Virginia State Bar Association at (866) 989-8227.

I will fully cooperate with the Company in effecting the smooth transition of my responsibilities, will submit appropriate T&L accounting on or before my last day worked, and will return all Company property within my possession/control, transferring my files and company records (electronic and paper) in accordance with my business' Document Management Procedure process. I represent that I have not and will not copy, transfer or take any GE Confidential Information to any external storage device or external personal email and will not disclose it outside GE in any other manner. GE Confidential Information includes but is not limited to documents and data containing work product that I or others prepared for the Company during my employment.

I understand that the Employee Innovation and Proprietary Information Agreement ("EIPIA"), any Employee Non-Solicitation/Non-Compete Agreement and the Company's internal alternative dispute resolution process will remain in effect in accordance with their terms. I agree to submit to the Company Alternative Dispute Resolution process ("Company ADR") any claims not released herein and covered by Company ADR, or any claims that arise after the date I sign this Release, including disputes about this Release. I understand I am giving up the right to a jury trial for such claims and that claims submitted pursuant to Company ADR will be decided finally and solely by an arbitrator. I understand that I may ask my Human Resources Manager ("HRM") for a copy of the Company ADR process.

I acknowledge that any breach by me of the obligations under this Release inevitably would cause substantial and irreparable damage for which money damages may not be an adequate remedy.  Accordingly, the Company will be entitled to an injunction and/or other equitable relief, without the necessity of posting security, to prevent the breach. If the Company proves a breach in court or arbitration, I agree to indemnify and hold the Company harmless from any loss, claim or damages, including all reasonable attorneys' fees, costs and expenses incurred in enforcing this Release as well as repay all compensation and benefits paid as consideration under the terms of this Release, except to the extent that such reimbursement is prohibited by law or would result in the invalidation of the Release.

In addition to the other terms of this Release, I will be in breach of Release if I am found, in the Company's sole discretion, to have engaged in conduct that: i) occurred after the date of my Qualifying Termination that results in (or has the potential to cause) material harm financially, reputationally, or otherwise to the Company or any Releasee or; ii) occurred prior to the date of my Qualifying Termination and would give rise to a termination for Cause (as defined in the Plan).

I have read the terms of this Release and understand them. I agree to keep them confidential, except that I may disclose them to my immediate family, tax or legal advisors (as long as those individuals agree to be bound by this confidentiality obligation), governmental officials who seek such information as part of their official duties or as compelled by law. Additionally, nothing in this Release prevents or restricts me from filing or disclosing any facts necessary to receive unemployment insurance, Medicaid, or other public benefits to which I may be entitled.  I also understand that nothing in this Release prohibits me from discussing my compensation with others.

I understand that I have at least 45 days to consider this Release before signing it, and, only if I am 40 years old or older, that I can revoke this Release within 7 days (or 15 days in Minnesota) after signing it by sending written notice of that revocation to my HRM (the day following this revocation period is the "Effective Date" of this document). I also acknowledge that the Company has advised me in writing, by this reference, to consult with an attorney before signing this Release. I have not relied upon any oral statements or representations that are not included in this Release.

The Company reserves the right to terminate, amend, suspend, replace or modify any of its benefit plans and compensation programs at any time and for any reason, and I acknowledge that I will be subject to any such termination, amendment, suspension, replacement, or modification. If a plan or program is terminated, I acknowledge that I will not receive any further benefits under that plan/program, other than payment for benefits for services or coverages incurred before it was terminated. This paragraph shall not alter any vested benefits to

which I may be entitled under the terms of the GE Pension Plan and/or GE Retirement Savings Plan. To the extent any of the provisions in this Release conflict with the terms and conditions of any Company plan document, the provisions in the plan document shall be controlling.

This Release shall be construed, interpreted and applied under New York law, without regard to choice of law principles. If any provision of this Release cannot be modified by a court of competent jurisdiction to be enforceable, the affected provision shall be stricken and the remaining provisions shall have full force and effect.

**YOU MAY NOT MAKE ANY CHANGES TO THIS RELEASE. BEFORE SIGNING THIS RELEASE, READ IT CAREFULLY AND, IF YOU CHOOSE, DISCUSS IT WITH YOUR ATTORNEY. BY SIGNING THIS RELEASE, YOU WILL BE WAIVING ALL KNOWN AND UNKNOWN CLAIMS. TAKE AS MUCH TIME AS YOU NEED TO CONSIDER THIS RELEASE BEFORE DECIDING WHETHER TO SIGN IT, UP TO 45 DAYS AFTER RECEIPT OF THIS RELEASE AND ACCOMPANYING JOB LOSS BENEFITS LETTER, OR UNTIL YOUR LAST DAY WORKED, WHICHEVER IS LATER. IN ANY EVENT, YOU SHOULD NOT SIGN IT PRIOR TO YOUR LAST DAY WORKED.**

Return the complete signed Release by uploading it to http://onehr.ge.com/forms and emailing it to your HRM. Please return all 4 pages of the Release.

Understood and Intentionally and Voluntarily Agreed to by:

Signature: _____     Date: _11/14/22_

Name (Printed): _RUSSELL STEFSON_



GE Renewable Energy

GE Renewable Energy
1 River Road
Schenectady, NY 12345

Nov. 7, 2022

**Joshua Zongker (** ███████ **)**

On behalf of GEii, (the "Company"), I am pleased to provide you with this letter agreement ("Agreement") setting forth the various terms and conditions of a retention arrangement which the Company is prepared to offer. Upon your acceptance, this Agreement will be effective as of the date of your signature below.

### Retention Award

In recognition of your experience and to incentivize your continued service with the Company, we are pleased to offer you the opportunity to earn a "Retention Award" of $ 1,500.00 (USD) less applicable deductions and withholdings, provided you remain in active service in your current role as an employee in good standing from the date of this letter through **November 23, 2022** (the "Retention Period"). For the purpose of this Agreement, "good standing" shall be determined solely by the Company in its discretion and requires you to maintain fully satisfactory performance and full compliance with the Company's policies and procedures and any other agreement between you and the Company.

Such Retention Award is conditioned upon the terms and conditions set forth below and will be payable within 60 days after **November 23 , 2022**.

### Voluntary Resignation or Termination for Cause

If your employment should end due to your voluntary resignation or termination for Cause (as determined by the Company in its discretion), on or prior to the last day of the Retention Period, you will not be entitled to the Retention Award. If you transfer to another role within the Company, or within another GE business unit or Affiliate[1], the transfer will be treated under this Agreement as a voluntary resignation.

A termination for "Cause" means your:

   (a) breach of the Employee Innovation and Proprietary Information Agreement ("EIPIA") or any other confidentiality, non-solicitation, or non-competition agreement with the Company or its Affiliate or breach of a material term of any other agreement between you and the Company or its Affiliate;

---

[1] For purposes of this Agreement, an "Affiliate" means any company or business entity under the direct or indirect control of General Electric Company and any company or business entity in which General Electric Company has a 50% or more interest.

Appropriate Legal Entity

**EXHIBIT E**



(b) engagement in conduct that results in, or has the potential to cause, material harm financially, reputationally, or otherwise to the Company or any Affiliate;

(c) commission of an act of dishonesty, fraud, embezzlement or theft;

(d) conviction of, or plea of guilty or no contest to a felony or crime involving moral turpitude; or

(e) failure to comply with the Company's or its Affiliate's policies and procedures, including but not limited to The Spirit and Letter.

If you are found , in the Company's sole discretion, to have engaged in conduct that: i) occurred after your separation of employment that results in (or has the potential to cause) material harm financially, reputationally, or otherwise to the Company or any of its Affiliates, or; ii) occurred during your employment and would give rise to a termination for Cause, regardless of whether such conduct is discovered before or after the separation of your employment, you shall forfeit your right to the Retention Award, and you may be required to repay the Retention Award to the extent already paid and recovery is permitted by law.

### Termination for Other Reasons

If your employment is terminated by reason of death, disability or involuntary termination without Cause (each as determined by the Company), you (or your estate, as appropriate) will be entitled to a pro-rated portion of the Retention Award (determined based on the number of days employed during the Retention Period) within 60 days of such termination of employment. For this purpose, "disability" shall have the same definition as provided in the long-term disability plan adopted by the Company in which you are eligible to participate.

### Other Terms

This Agreement does not imply participation in any other agreements, benefits or programs that the Company or any of its Affiliates may offer. The terms and conditions of this Agreement are not an employment contract or a guarantee of employment for any fixed period of time, do not affect your at-will employment status and are subject to local regulatory approvals and requirements where applicable.

This Agreement contains the full and complete understanding between you and the Company in relation to this Retention Award. You agree that you have not relied on any oral or written statements that are not included in this Agreement, which supersedes all prior agreements and understandings concerning this subject matter. Moreover, you agree that you will not rely on any future statements, whether oral or written, regarding the subject matter contained herein or interpreting this Agreement unless explicitly made by the senior labor and employment counsel or senior total rewards leader of your business within the Company. Any addendum or modifications to the terms and conditions contained in this Agreement must be in writing, must reference this Agreement, and must be signed by an authorized employee or agent of the Company.



*Taxes, Withholding and Offsets*

The Retention Award is taxable and subject to all required withholdings and deductions. You are solely responsible for your own tax liability with respect to the Retention Award, without regard to the amount withheld or reported to the Internal Revenue Service. The Company reserves the right to offset the Retention Award under this Agreement by any amount owed by you to the Company in satisfaction of such obligation.

I have read and understood the terms of this Agreement and, by signing below, hereby signify my acceptance of these terms:  Return to Sarah Samyn HRM by **November 11, 2022**.

By: Company                          By: Employee

------------------------------              JOSHUA JAY ZONGKER/                    11/8/2022
Sarah Samyn, HR Partner              EMPLOYEE NAME print/sign                 Date
Sarah.samyn@ge.com

**From:** Samyn, Sarah (GE Renewable Energy) <Sarah.Samyn@ge.com>
**Sent:** Friday, November 18, 2022 11:27 AM
**To:** Zongker, Joshua (GE Renewable Energy) <Joshua.Zongker@ge.com>
**Cc:** Lilja, Carl (GE Renewable Energy) <Carl.Lilja@ge.com>; Sampson, Christian (GE Renewable Energy) <Christian.Sampson@ge.com>; cooper, dalton (GE Renewable Energy) <dalton.cooper@ge.com>; Posey, Damere (GE Renewable Energy) <Damere.Posey@ge.com>; Yoder, Jamison (GE Renewable Energy) <Jamison.Yoder@ge.com>; Scheuring, Jason (GE Renewable Energy) <jason.scheuring@ge.com>; Dearborn, Jeffery (GE Renewable Energy) <Jeffery.Dearborn@ge.com>; Magana-Garcia, Jorge (GE Renewable Energy) <Jorge.Magana-Garcia@ge.com>; Bell, Logan (GE Renewable Energy) <Logan.Bell@ge.com>; Lesline, Michael (GE Renewable Energy) <Michael.Lesline@ge.com>; Stanczyk, Michael(GE Renewable Energy) <Michael.Stanczyk@ge.com>; Beck, Wesley (GE Renewable Energy) <Wesley.Beck1@ge.com>; Borell, Alex (GE Renewable Energy) <alex.borell@ge.com>; Mccullough, Scott (GE Renewable Energy) <Scott.Mccullough@ge.com>; Henderson, Tera (GE Renewable Energy) <Tera.Henderson@ge.com>; Tiefenthaler, Adam T (GE Renewable Energy) <adam.tiefenthaler@ge.com>; Ellefson, Russell (GE Renewable Energy) <Russell.Ellefson@ge.com>
**Subject:** RE: EOC update-

Hello Josh-

There is no formal rescind letter. As we have communicated along the way, there was always a strong indication that the contract at Flat Ridge would be extended and therefore no layoff action needed. Because of the prior contract end date of November 23, 2022, we felt it best to give you notice of what would happen if the contract was not extended. Hourly employees were not meant to receive anything to sign (if you look at the document it mentions being part of the GE Layoff Plan for Salaried Employees) but in any event, severance entitlement has always been conditioned on an actual termination of employment due to layoff. Today, we do have a contract extension and there is no layoff. We're very much looking forward to your continued employment at site.

If you choose to pursue another opportunity either within or outside GE, this is at your discretion, but there is no severance benefit upon leaving Flat Ridge.

Kind regards-

**Sarah Samyn**
HR Manager | Digital Services
GE Renewable Energy
Part of GE Vernova
M. 518.380.0319
Bldg. 53 | Schenectady, NY

For concerns related to;
Benefit issues/questions: 1 800 252 5259
Payroll issues/questions: 1 800 315 1082
Disability /FMLA: 1-800-392-0789

**EXHIBIT F**

**From:** Zongker, Joshua (GE Renewable Energy) <Joshua.Zongker@ge.com>
**Sent:** Thursday, November 17, 2022 6:21 PM
**To:** Samyn, Sarah (GE Renewable Energy) <Sarah.Samyn@ge.com>
**Cc:** Lilja, Carl (GE Renewable Energy) <Carl.Lilja@ge.com>; Sampson, Christian (GE Renewable Energy) <Christian.Sampson@ge.com>; cooper, dalton (GE Renewable Energy) <dalton.cooper@ge.com>; Posey, Damere (GE Renewable Energy) <Damere.Posey@ge.com>; Yoder, Jamison (GE Renewable Energy) <Jamison.Yoder@ge.com>; Scheuring, Jason (GE Renewable Energy) <jason.scheuring@ge.com>; Dearborn, Jeffery (GE Renewable Energy) <Jeffery.Dearborn@ge.com>; Magana-Garcia, Jorge (GE Renewable Energy) <Jorge.Magana-Garcia@ge.com>; Bell, Logan (GE Renewable Energy) <Logan.Bell@ge.com>; Lesline, Michael (GE Renewable Energy) <Michael.Lesline@ge.com>; Stanczyk, Michael(GE Renewable Energy) <Michael.Stanczyk@ge.com>; Beck, Wesley (GE Renewable Energy) <Wesley.Beck1@ge.com>; Borell, Alex (GE Renewable Energy) <alex.borell@ge.com>; Mccullough, Scott (GE Renewable Energy) <Scott.Mccullough@ge.com>; Henderson, Tera (GE Renewable Energy) <Tera.Henderson@ge.com>; Tiefenthaler, Adam T (GE Renewable Energy) <adam.tiefenthaler@ge.com>; Ellefson, Russell (GE Renewable Energy) <Russell.Ellefson@ge.com>
**Subject:** Re: EOC update-

Hello, good evening Sarah.
What is the current situation for those that have already signed the severance agreement? I'm hearing about a rescind letter but have not seen any communication regarding that.

Sent from my iPhone

> On Nov 17, 2022, at 5:07 PM, Samyn, Sarah (GE Renewable Energy) <Sarah.Samyn@ge.com> wrote:

> Hello- good afternoon

> We're excited to announce the contract has been renewed at Flat Ridge!

> We shared during the initial notice call that, in the event there was a contract extension, there would not be a layoff at Flat Ridge as there would be no position elimination or impact to existing jobs at site.  As anticipated, the customer has renewed the contract at Flat Ridge and that means that no position eliminations will occur.

> We have always shared the interest to focus on your retention with the business, and now more than ever- we're counting on you to remain on during the new contract period at Flat Ridge.  The retention bonus will remain in place for eligible individuals as we want to recognize and support your commitment through the retention period.

> Thank you again for your ongoing focus and effort-
> Please let Scott or I know if you have any questions-

> Kind regards-

> Sarah Samyn

HR Manager | Digital Services
GE Renewable Energy
Part of GE Vernova
M. 518.380.0319
Bldg. 53 | Schenectady, NY

For concerns related to;
Benefit issues/questions: 1 800 252 5259
Payroll issues/questions: 1 800 315 1082
Disability /FMLA: 1-800-392-0789

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

ELECTRONICALLY FILED

Russell Ellefson et. al.

2023 Jun 23 PM 2:53
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2023-LM-009255-CK

vs.

General Electric Company et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**General Electric Company**
**c/o C T Corporation System**
**112 SW 7th Street, Suite 3C**
**Topeka, KS  66603**

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 01:30 PM, on 07/19/2023, to be held at the following location:

Sedgwick County District Court

Sedgwick County Courthouse

525 North Main Street, Jury Room, First Floor

Wichita, KS 67203

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you.  The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.

*B. D. Lumbreras*

**SEAL**

Bernadine D. Lumbreras

Clerk of the District Court

Electronically signed  on 06/23/2023 03:35:02 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2023 Jun 23 PM 2:53
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2023-LM-009255-CK

Russell Ellefson et. al.

vs.

General Electric Company et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

> **GE Layoff Plan for Salaried Employees**
> **GE Pension Board**
> **901 Main Avenue**
> **Norwalk, CT  06851**

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 01:30 PM, on 07/19/2023, to be held at the following location:

> Sedgwick County District Court
> Sedgwick County Courthouse
> 525 North Main Street, Jury Room, First Floor
> Wichita, KS 67203

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you.  The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Bernadine D. Lumbreras

Clerk of the District Court

Electronically signed  on 06/23/2023 03:35:02 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2023 Jul 05 AM 11:16
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2023-LM-009255-CK

Dylan P. Wheeler #28661
DEPEW GILLEN RATHBUN & McINTEER, LC
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Facsimile: (316) 265-3819
Dylan@depewgillen.com

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
## CIVIL DEPARTMENT

| | |
|---|---|
| RUSSELL ELLEFSON and JOSHUA ZONGKER, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2023-LM-009255 |
| GENERAL ELECTRIC COMPANY and GE LAYOFF PLAN FOR SALARIED EMPLOYEES, | ) ) ) ) |
| Defendants. | ) ) |

*Pursuant to K.S.A. Chapter 61*

### RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the Summons and Petition on Defendant GE Layoff Plan for Salaried Employees, via certified mail, return receipt requested, on June 27, 2023. The name and address on the envelope containing the process mailed as certified mail, return receipt requested, is shown on the attached card.

Respectfully submitted,

DEPEW GILLEN RATHBUN & McINTEER, LC

/s/ *Dylan P. Wheeler*
Dylan P. Wheeler #28661

*Attorneys for Plaintiffs*



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  GE Layoff Plan cloGE Pension Board
Street and Apt. No., or PO Box No.  901 Main Avenue
City, State, ZIP+4®  Norwalk, CT 06851

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for instructions

JUN 2 3 2023
Postmark
Here

USPS

4948  5879  5160  0001  3160  7020

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
GE Layoff Plan for Salaried Emy.
c/o GE Pension Board
901 Main Avenue
Norwalk, CT 06851

9590 9402 8064 2349 9405 37

2. Article Number *(Transfer from service label)*
7020 3160 0001 5879 4948

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery
SANDY SReAIN                          6/27/23

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

2

ELECTRONICALLY FILED
2023 Jul 05 AM 11:53
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2023-LM-009255-CK

Dylan P. Wheeler #28661
DEPEW GILLEN RATHBUN & McINTEER, LC
8301 E. 21ˢᵗ Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Facsimile: (316) 265-3819
Dylan@depewgillen.com

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
## CIVIL DEPARTMENT

RUSSELL ELLEFSON and )
JOSHUA ZONGKER, )
       )
      Plaintiff, )
       )
v. )      Case No. 2023-LM-009255
       )
GENERAL ELECTRIC COMPANY and )
GE LAYOFF PLAN FOR SALARIED )
EMPLOYEES, )
       )
      Defendants. )
       )

*Pursuant to K.S.A. Chapter 61*

### RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the Summons and Petition on Defendant General Electric Company, via certified mail, return receipt requested, on June 27, 2023. The name and address on the envelope containing the process mailed as certified mail, return receipt requested, is shown on the attached card.

      Respectfully submitted,

      DEPEW GILLEN RATHBUN & McINTEER, LC

      /s/ *Dylan P. Wheeler*
      Dylan P. Wheeler #28661

      *Attorneys for Plaintiffs*







7020 3160 0001 5879 4931

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 4.15

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$ 3.42

Total Postage and Fees
$ 10.92

Postmark Here
WICHITA KS MUNGER STATION 67208
JUN 23 2023
USPS

Sent To: General Electric Company
Street and Apt. No., or PO Box No.: c/o CT Corp. System, 112 SW 7th St, Suite 3C
City, State, ZIP+4®: Topeka, KS 66603

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Electric Company
c/o CT Corporation System
112 SW 7th Street, Suite 3C
Topeka, Kansas 66603

9590 9402 8064 2349 9405 20

2. Article Number (Transfer from service label)
7020 3160 0001 5879 4931

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): [handwritten initials]

C. Date of Delivery: 6-27

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

<div align="right">

**CT Corporation**
**Service of Process Notification**
06/27/2023
CT Log Number 544165727

</div>

## Service of Process Transmittal Summary

**TO:**   Shawn Kauffman, Litigation Paralegal
GE Aviation
1 NEUMANN WAY MD J104
CINCINNATI, OH 45215-1915

**RE:**   **Process Served in Kansas**

**FOR:**   General Electric Company  (Domestic State: NY)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: RUSSELL ELLEFSON and JOSHUA ZONGKER // To: General Electric Company |
| **DOCUMENT(S) SERVED:** | Attachment(s), Summons, Petition, Exhibit(s) |
| **COURT/AGENCY:** | Sedgwick County Eighteenth Judicial District Court, KS<br>Case # 2023LM009255CK |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 11/23/2022 |
| **PROCESS SERVED ON:** | C T Corporation System, Topeka, KS |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 06/27/2023 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Kansas |
| **APPEARANCE OR ANSWER DUE:** | 07/19/2023 at 01:30 p.m. (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Dylan P. Wheeler<br>DEPEW GILLEN RATHBUN & McINTEER, LC<br>8301 E. 21St Street N., Suite 450<br>Wichita, KS 67206-2936<br>316-262-4000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/28/2023, Expected Purge Date: 07/03/2023<br><br>Image SOP<br><br>Email Notification,  Shawn Kauffman  shawn.kauffman@ge.com<br><br>Email Notification,  Jennifer Mccomas  jennifer.mccomas@ge.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>112 S.W. 7th Street<br>Suite 3C<br>Topeka, KS 66603<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other

<div align="right">Page 1 of  2</div>



**CT Corporation**
**Service of Process Notification**
06/27/2023
CT Log Number 544165727

information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

CERTIFIED MAIL

7020 3160 0001 5879 4931

| F R O M |  Depew Gillen Rathbun & McInteer, LC<br>Attorneys at Law<br><br>8301 E. 21ˢᵗ Street North – Suite 450<br>Wichita, Kansas 67206-2936 |
|---|---|
| T O | General Electric Company<br>c/o C T Corporation System<br>112 SW 7ᵗʰ Street, Suite 3C<br>Topeka, Kansas 66603 |

## INSTRUCTIONS FOR CV LM DEFENDANT INFORMATION SHEET
### (Non-Eviction Case Defendants ONLY)

A Limited Action case has been filed against you in the 18th Judicial District Court of Kansas. You have received : a Petition filed on this case, a Summons to Appear, and a blank CV LM Defendant Information Sheet, with Instructions.

YOU HAVE THREE OPTIONS FOR YOUR SCHEDULED COURT APPEARANCE:

1) Appear in person at the date, time and place on the Summons to Appear.

2) Fill out and return the CV LM Defendant Information Sheet to the Court by mail (this form must be received prior to your hearing date)

> Mail to:     Clerk of the District Court
> Civil Limited Actions Section – 11th Floor
> Sedgwick County Courthouse
> 525 N. Main
> Wichita, KS  67203

3) Complete and submit the CV LM Defendant Information Sheet form on the Court's website at www.dc18.org and submit it electronically by following the instruction in the online form.  This form must be received no later than THE DAY BEFORE your Summons Date.

**IF YOU RETURN the DEFENDANT INFORMATION Sheet to District Court BY OPTION 2 or 3 BEFORE your SCHEDULED HEARING DATE, you NEED NOT APPEAR AT THE SCHEDULED HEARING DATE.**

If you do NOT return the form before your scheduled hearing date and do NOT appear in person at the hearing, DEFAULT JUDGMENT will be entered against you.

If you return the form and AGREE to the entry of judgment against you, you do NOT need to appear in person and may contact the Plaintiff's attorney to make arrangements for payment of this debt.

If you return the form and you DISAGREE with the allegations against you, you must explain why in the space provided on the form. You need not appear in person. Once the Court receives the form, your case will be set for a Pre-Trial hearing. You will receive a Notice of Hearing for the Pre-Trial and must appear in person for that Pre-Trial court date.

Please contact the Limited Actions department at 316 660-5690 if you have questions about the forms.

**Since June 2020, the Sedgwick County courthouse, court and clerk's office have been open to the public for court hearings and filings.**

**Accordingly, pursuant to 2020-PR-47, 2020-PR-58, 2021-PR-20, and the extensions thereof, the court exempts this case from the suspension of the statutory time standards and deadlines in the Kansas Supreme Court's administrative orders, including but not limited to, those time standards and deadlines in the code of civil procedure (chapters 60 and 61) , the rules of evidence, and the rules of appellate procedure that would be applicable to this case at the district court level.**

CV LM Defndnt's Informt'n Sheet (Collections- Online) 20-08.docx

**IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT**

_____
Plaintiff(s)

vs.

Case No.: _____ -LM - _____

_____
Defendant(s)

### CV LM DEFENDANT INFORMATION SHEET [Non-Eviction Cases Only.]

NAME: _____

ADDRESS: _____

CITY: _____ STATE: _____ ZIPCODE _____

EMAIL ADDRESS: _____

PHONE NOS. – HOME: _____ CELL: _____ WORK: _____

#### DEFENDANT ANSWERS AS FOLLOWS:

1.   I am not represented by an attorney.

2.   I received copy of the Petition. I understand Plaintiff has made a claim against me.

3.   **SELECT ONE OPTION.**

☐   **I ADMIT** the statements and allegations in the Petition. I understand that the Court will grant judgment against me as requested in the Petition.

☐   **I DENY** the statements and allegations in the Petition as follows:

_____

_____

_____

_____

_____

If you return this form to the Clerk and deny the allegations against you, you must explain why above. Then you need not appear in person. Once the Court receives the form, your case will be set for a Pre-Trial Hearing. You will receive a Notice of Hearing for the Pre-Trial and must appear in person for that Pre-Trial Hearing Date. If you fail to appear for the Pre-Trial Hearing, the Court will grant judgment against you as requested in the Petition.

I declare under the penalty of law, that I am a defendant in this case and to the best of my knowledge and belief, this response form is true, complete and correct. I understand that as the preparer of this document I may be held in contempt of court for willfully delivering false information to the court.

Signature: _____        Date: _____

ELECTRONICALLY FILED
2023 Jun 23 PM 2:53
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2023-LM-009255-CK

Russell Ellefson et. al.

vs.

General Electric Company et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

> **General Electric Company**
> **c/o C T Corporation System**
> **112 SW 7th Street, Suite 3C**
> **Topeka, KS  66603**

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 01:30 PM, on 07/19/2023, to be held at the following location:

> Sedgwick County District Court
> Sedgwick County Courthouse
> 525 North Main Street, Jury Room, First Floor
> Wichita, KS 67203

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you.  The answer shall state the following:

(1) what the dispute is;

(2) any affirmative defenses you have to the claim; and

(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.

SEAL   *B.D. Lumbrens*
Bernadine D. Lumbrens

Clerk of the District Court
Electronically signed  on 06/23/2023 03:35:02 PM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2023 Jun 23 PM 2:53
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2023-LM-009255-CK

Dylan P. Wheeler #28661
DEPEW GILLEN RATHBUN & McINTEER, LC
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Facsimile: (316) 265-3819
Dylan@depewgillen.com

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
## CIVIL DEPARTMENT

RUSSELL ELLEFSON and           )
JOSHUA ZONGKER,                )
                               )
          Plaintiff,           )
                               )
v.                             )          Case No.
                               )
GENERAL ELECTRIC COMPANY and   )
GE LAYOFF PLAN FOR SALARIED     )
EMPLOYEES,                     )
                               )
          Defendants.          )
_____)

*Pursuant to K.S.A. Chapter 61*

## PETITION

COME NOW the Plaintiffs, Russell Ellefson ("Ellefson") and Joshua Zongker

("Zongker"), and for their causes of action against the above-named Defendants, state and

allege as follows:

1.    Plaintiff Ellefson is a resident of Sedgwick County, KS.

2.    Plaintiff Zongker is a resident of Kingman County, KS.

3.    Defendant General Electric Company ("GE") is a corporation incorporated

under the laws of the State of New York, authorized to transact business in Kansas, and

may be served with process by service on its registered agent, C T Corporation System, at

112 SW 7th Street, Suite 3C, Topeka, KS 66603.

4.     Defendant GE Layoff Plan for Salaried Employees (the "Plan") is an employee welfare benefit plan as defined by ERISA § 2(1), 29 U.S.C. § 1002(1).

5.     Pursuant to ERISA § 502(d)(1), the Plan is a distinct legal entity that may sue and be sued, and may be served through its plan administrator, the GE Pension Board, 901 Main Avenue, Norwalk, CT 06851.

6.     Defendant GE is a fiduciary with respect to the Plan.

7.     Subject matter jurisdiction and personal jurisdiction are proper in this Court.   ERISA § 502(e)(1), 29 U.S.C. § 1132(e)(1).   The Court additionally possesses subject matter jurisdiction over each of Plaintiffs' respective claims herein pursuant to K.S.A. § 61-2802(a)(1).

8.     Venue is proper in this Court pursuant to K.S.A. §§ 61-3403(c) and 61-3406.

9.     Plaintiffs are both former employees of Defendant GE's Renewables, Onshore Wind division.

10.     On October 24, 2022, Defendant GE issued formal written notice to its employees at the "Flat Ridge II" wind farm located in Zenda, KS, including the plaintiffs, that their positions were being eliminated, and fixing November 23, 2022 as their last day on active payroll and November 24, 2022 as their Job Loss date.   The written notice provided to Plaintiff Ellefson is attached herewith as Exhibit "A," and the written notice provided to Plaintiff Zongker is attached herewith as Exhibit "B."

11.     Defendant GE offered Plaintiffs payment of a lump-sum severance benefit in consideration for executing release agreements in which Plaintiffs agreed to waive and release all waivable claims of any kind against "the Company, its predecessors and assigns, their current and former direct and indirect parents, affiliates, subsidiaries, divisions, and related business entities, and their current and former officers, directors,

2

shareholders, employees, agents, representatives and employee benefit programs (including the trustees, administrators, fiduciaries and insurers of such programs)."

12.     Under the Plan, the amount of the lump-sum severance benefit payable to an employee affected by a layoff is calculated on the basis of one week of pay for each full year of Continuous Service, plus ¼ of a week of pay for each additional three months of Continuous Service.

13.     The lump-sum severance benefit offered to Plaintiff Ellefson in exchange for returning an executed release was $34,485.64.

14.     The lump-sum severance benefit offered to Plaintiff Zongker in exchange for returning an executed release was $14,416.00.

15.     Plaintiffs were instructed by Defendant GE that they would have at least 45 days to consider the offered severance packages before signing, and to return signed and accepted offers through uploading copies to GE HR Services on a designated online portal.

16.     Plaintiff Zongker executed and submitted Defendant GE's release form for his lump-sum severance benefit claim as instructed on November 2, 2022.  Plaintiff Zongker's executed release is attached herewith as Exhibit "C."

17.     Plaintiff Ellefson executed and submitted Defendant GE's release form for his lump-sum severance benefit claim as instructed on November 14, 2022.  Plaintiff Ellefson's executed release is attached herewith as Exhibit "D."

18.     Plaintiff Zongker additionally accepted an offer from Defendant GE providing an opportunity to receive a "Retention Award" of $1,500.00 on the condition he remain employed with the company through his last day of November 23, 2022, which

Defendant GE's offer represented would be paid within 60 days thereafter. Plaintiff Zongker's retention award agreement is attached herewith as Exhibit "E."

19.     On November 17, 2022, a GE HR Manager included plaintiffs in an email chain—a copy of which is attached herewith as Exhibit "F"—providing notice that GE's contract had been renewed at Flat Ridge, and therefore GE would not follow through with its previously announced layoff. When Plaintiff Zongker asked what this meant for those employees who had already signed and submitted their severance agreements, the HR Manager represented the severance agreements were sent merely to give "notice of what would happen if the contract was not extended," and that there would be no severance benefits if employees now left Flat Ridge.

20.     Plaintiffs received no further explanation related to the specific provisions of the underlying Plan documents the denial of their severance was grounded upon, nor information of the Plan's review procedures for adverse benefit determinations and the time limits applicable thereto.

21.     In reliance upon their severance offers and executed release agreements, Plaintiffs considered their employment with Defendant GE terminated following their scheduled last day of November 23, 2022.

22.     Plaintiffs attempted to utilize the company alternative dispute resolution process as suggested by the terms of their respective release agreements, but in-house counsel for GE represented, following several rounds of initial discussions, that Plaintiffs were not actually entitled to mediation, and stated Plaintiffs should "go ahead and file their claims in court."

23.     The failure to notify Plaintiffs of any applicable internal appeal procedure and its applicable timelines upon denial of their claim for benefits—combined with the

4

apparent waiver by Defendant GE of any such requirement through the express statements of its counsel—excuses Plaintiffs from any requirement under the Plan to exhaust internal appeal procedures under the Plan. Alternatively, resorting to any such internal appeal procedure would be futile.

24.     Plaintiffs are entitled severance benefits due to them under the terms of the Plan and seek to enforce their rights to the same.

25.     Defendant GE has further breached its separate Retention Award agreement with Plaintiff Zongker by virtue of its continued failure to pay the agreed $1,500.00 thereunder following full performance by Plaintiff Zongker.

WHEREFORE, Plaintiffs respectfully pray this Court grant judgment against Defendants General Electric Company and GE Layoff Plan for Salaried Employee awarding Plaintiff Russell Ellefson the contracted sum of $34,485.64, awarding Plaintiff Joshua Zongker the contracted sums of $14,416.00 and $1,500.00, and ordering that Defendants pay costs, attorneys fees, and such other and further relief as the Court deems just and equitable, pursuant to ERISA § 502.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER, LC

/s/ Dylan P. Wheeler
Dylan P. Wheeler #28661
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Facsimile: (316) 265-3819
Email: dylan@depewgillen.com

Attorneys for Plaintiffs

5

**Personal & Confidential**
October 24, 2022

**g**

Russell Ellefson
121 E Timber Creek Ct
Haysville, KS 67060

**Re: Notice and Information**

Dear Russell Ellefson:

As previously shared with you, your position with the Company is being eliminated. This letter serves as the formal notice of your layoff. Your last day of employment is expected to be November 23, 2022.

You will be eligible for benefits under The GE Layoff Benefit Plan for Salaried Employees (the "Plan"), subject to the terms of the Plan, including that you sign, submit, do not revoke a Full Benefits Release. You will receive a packet of materials containing your estimated benefits summary package, election forms, and the Full Benefits Release.[1] If you sign, submit and do not revoke the Full Benefits Release, you may be eligible for a lump sum severance benefit under the Plan and the Company will continue medical, dental, and vision coverage for you and your eligible dependents for six months at active employee rates for so long as you continue to make payments.  If you do not sign and submit, or if you revoke, the Full Benefits Release, your medical, dental, and vision coverage will continue for 60 days, provided that you continue to pay active employee rates.

We have made arrangements with a national outplacement provider to assist with your external job search. You are also able for one year following layoff to explore any alternate employment opportunities within the Company that may be available (or become available), for example due to restructuring. You will be provided access for one year to the Employee Extended Access Site which is an internal search system that links to internally posted roles (like My GE Career Portal) after your last day of employment.

Our HR team will be available to assist you with basic benefit questions available and direct you to subject matter experts for more complex questions and benefits training resources. Our Employee Assistance Program is always available to work with you in a strictly private setting on your transition or any personal concerns.

As part of the notice period, we expect our teams to mutually help one another transition files and remaining responsibilities. We remind all employees that when leaving GE, confidential Company data, business documents and other materials that belong to the Company (or a third party like a vendor or customer) must stay with the Company. Benefits Handbooks and other materials, such as your compensation and benefits elections, are accessible from the MyGE home page under the OneHR links (https://onehr.ge.com).

We know this is a very challenging time. Thank you for your many contributions to the Company. If you have questions, please reach out to me or your HR representative.

Sincerely,

Scott McCullough
Sr Services Manager

**EXHIBIT A**

Employees who meet specific eligibility requirements for other benefits under the terms of Company Plans, such as for retirement, will receive additional information regarding those benefits.

Intentionally Left Blank

# g

GE
HR Services

1 River Road
Schenectady, NY 12345

October 24, 2022

Russell Ellefson
121 E Timber Creek Ct
Haysville, KS 67060

Dear Russell Ellefson:                                    Employee ID: ▮▮▮▮▮

We understand that you have been affected by a layoff. We recognize that this may be a difficult time in your life and want you to have the necessary information to make well-informed decisions about your benefits and options. This package outlines your GE benefits and provides key information needed to make critical decisions.

**Last Day Worked:** November 23, 2022 (your last day on active payroll and benefits)

**Job Loss date:** November 24, 2022 (your first day of job loss benefits)

This package contains information about the following benefits:

| Benefit | Estimated Amount/Next Steps |
|---|---|
| Job Loss Income Benefit | $34,485.64 with signed Release |
| GE Health Care | Up to 6 months of coverage at active employee rates, if currently enrolled |
| GE Pension Plan | See Pension section for estimate and details |
| GE Retirement Savings Plan (RSP) | No immediate action required, see RSP section |
| Insurances | See Insurances section |
| Education Benefit | Can apply immediately, see GE Tuition Refund Program section |

*Full details regarding the terms and conditions of General Electric Company's (GE) benefit plans are contained in the official plan documents. If descriptions in this package differ from the plan documents, the plan documents prevail. Similarly, any oral or written representations by a GE employee, plan representative or other party, or any benefit estimates that you may receive, cannot override, reverse or supplement the provisions of the plan documents. This package does not create a contract of employment between GE and any individual. The General Electric Company reserves the right to terminate, amend, suspend, replace, or modify its benefit plans and programs at any time and for any reason, in its sole discretion. No individual has a vested right to any benefit under a GE welfare benefit plan or program.*

The term "Company" refers to the General Electric Company or affiliate that employed you on its payroll. However, when used in connection with sponsorship of the plans and programs described in this letter, "Company" refers only to the General Electric Company.

Sincerely,

# THE RELEASE

The **Full Layoff Benefit Release Form (the Release) is included in this letter** to review and sign. Your HR manager can answer any Release-specific questions. To ensure timely processing of your job loss income benefit, return the signed document within the time frame identified on your Release.

**Please return the Release form per the instructions of your HR and securely upload to https://onehr.ge.com/forms**

- **If you choose to sign the Release**, you will be eligible to receive a lump-sum severance benefit and six months of health care benefits at active employee rates. If you sign the Release, you relinquish your right to sue for any waivable claims that you may have against the Company.

- **If you choose not to sign the Release**, you will be ineligible to receive a lump-sum severance benefit and your health care benefits will continue for 60 days from your job loss date, then end.

Regardless of whether you sign the Release, any eligibility that you have under COBRA will continue to be available. Please see the Health Care section for further details.

## LUMP-SUM SEVERANCE BENEFIT

**You are eligible to receive an estimated total lump-sum severance benefit of $34,485.64** (less applicable taxes). If you do not sign the Release, you will not be eligible for a severance benefit.

**Here's how it's calculated:** Your benefit is based on the greater of 4 weeks of pay or one full week of pay for each full year of Severance Service, plus an additional ¼ week of pay for each additional three months worked. Severance Service means your most recent period of continuous employment with the Company and its Affiliates. A "week's pay" is considered your straight-time rate for the last full week worked. Your straight-time weekly salary rate equals your annual salary rate divided by 52.1667.

### Lump-sum severance benefit summary for job loss date of November 24, 2022

|  | Amount | Calculation |
|---|---|---|
| Base salary information | $2,463.26 weekly base pay | Annual base salary $128,500.00 / 52.1667 |
| Service amount | 14 years | 1 week's pay x 14 years of service |
| Estimated severance benefit | $34,485.64 total | $2,463.26 x 14 years of service |

If you sign the Release, your severance benefit will be paid as a single lump sum within 60 days of your termination date.

| Severance benefit | Lump-sum payment |
|---|---|
| Taxes | • 22% Federal taxes; If this is your first payment in the calendar year, tax withholding will be determined by your Federal tax election (W-4) on file. Prior to your last day worked, you can update your tax election at *OneHR.ge.com > Pay and Taxes > Tax Actions > Update Tax Elections*<br>• Your highest state tax rate for lump-sum payments<br>• 6.2% Social Security (if you have not reached the yearly Social Security maximum)<br>• 1.45% Medicare |
| Deductions | • Garnishments, if applicable<br>• No benefit deductions are withheld |
| GE continuous service | • Service terminates immediately |

If you are reemployed by the Company before the number of weeks equal to the number of weeks of pay used to calculate the severance benefit, you must repay a prorated portion of the lump sum.

# HEALTH CARE BENEFITS

The Company will continue your existing coverage under the GE Health Choice Option, GE Dental Option, and GE Vision Option for you and your eligible dependents for six months, at active employee rates. **To receive these benefits for the full six months you must sign and return the Release** and continue to pay all required contributions. If you do not sign the Release, your Company-provided medical, dental and vision coverage at active employee rates will be limited to 60 days.

### Your Benefit as of November 24, 2022

This is a summary based on current information. If you have recently made an election it may not be reflected here.

| Benefit plan name | Current coverage | Estimated monthly amount | With signed Release | Without signed Release |
|---|---|---|---|---|
| **GEHC Option 1 - Aetna** Includes prescription and behavioral health benefits | 3+ Person Coverage | $616.39 | Up to 6 months at current active rates; ending **May 23, 2023** | Up to 60 days at current active rates; ending **January 22, 2023** |
| **GE Vision Plan** | 3+ Person Coverage | $30.00 | Up to 6 months at current active rates; ending **May 23, 2023** | Up to 60 days at current active rates; ending **January 22, 2023** |
| **GE Dental Plan** | 3+ Person Coverage | $88.50 | Up to 6 months at current active rates; ending **May 23, 2023** | Up to 60 days at current active rates; ending **January 22, 2023** |

### Billing Information

Shortly after your job loss date, you will receive an invoice from the GE Insurance Continuation Center to continue your coverage for up to six months at your current active employee rate. **If your payments are late, your coverage will be canceled for non-payment.** Be advised, working person contributions are applicable.

### Coverage and Enrollment Information

Job loss is not a qualifying event to change your medical care option, but it does allow you to cancel coverage or decrease the coverage level on your current benefit options (i.e., 1 person, 2 people, 3 or more people). You can change your medical care option during Annual Enrollment. You can add or drop dependents during Annual Enrollment, or if they have a qualifying life event.

If you go to work for another employer, GE will continue to provide health care coverage, assuming you continue to pay any required contributions. GE will be secondary to your new employer's plan.

### After GE coverage ends

You may be able to extend coverage through **COBRA** regardless of whether you sign the Release. COBRA is the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended. It is a federal law requiring employers to allow former employees and/or their covered dependents to continue health care coverage under certain circumstances when coverage would otherwise end. The GE Insurance Continuation Center will mail you a package regarding your rights under COBRA shortly after your last day of work. Estimated monthly COBRA rates are included in this package.

Health coverage alternatives may be available to you through the health insurance marketplace at www.healthcare.gov. If you will be Medicare eligible when your GE medical coverage ends, you may seek coverage through www.medicare.gov and Via Benefits®.

# GE PENSION PLAN

**You are vested in your Company-provided benefit and any employee contributions and interest.** You have a right to this benefit when you leave the Company and all affiliates.

Your benefit consists of the following:

- **Company-provided benefit.** Your Company-provided benefit is a lifetime, monthly payment that may begin as early as age 60 and must begin by March 1 following the year in which you reach age 70½. Please note, reductions may apply.
- **Personal Pension/Voluntary Pension Accounts (PPA/VPA).** In general, your options for your PPA/VPA are to:
  1. Convert your balance to lifetime monthly payments,
  2. Withdraw your account balance - distributions may be eligible for a rollover into another eligible retirement program, or
  3. Leave your money in the plan for withdrawal or conversion at a later date (it will continue to earn interest, but must begin being paid by March 1 following the year in which you reach age 70 ½).

**The estimated amounts below do not have a survivor benefit reduction applied to them.** If you are married at the time of retirement, you will receive a reduced monthly benefit with a survivor benefit payable to your spouse, unless you and your spouse elect otherwise. Depending on the state, in some cases a civil union may be regarded as a marriage.

You will receive a more detailed pension estimate about 12 months following your job loss date.

**GE Pension Plan Estimate**

| Company-provided benefit* | Estimated monthly amount as of October 01, 2033: $1,349.39 |
|---|---|
| Company-provided benefit | Estimated monthly amount as of October 01, 2038: $1,799.18 |
| PPA/VPA | Estimated Lump-Sum Balance as of November 23, 2022: $8,827.18<br>OR<br>Estimated Monthly annuity as of November 23, 2022: $45.28** |

(*) This payment has been permanently reduced to reflect early retirement commencement prior to age 65. The reduction is equal to five-twelfths of one percent (5/12%) for each month that your start date precedes the first day of the month before your 65th birthday (i.e. 5% per year).

(**) This annuity represents conversion of your PPA/VPA balance. This estimate used an annuity conversion factor for your PPA/VPA balance based upon the rate in effect at the time the calculation was performed. This factor changes monthly so this estimate may differ slightly from your actual annuity if elected. As a result, your annuity may be slightly larger or slightly smaller than the estimate.

Taking a distribution from the Plan will end your period of protected service for pension purposes.

**Following your job loss date:**

- Twelve months from termination, a package will be sent to you that contains additional information about your pension benefits, including vesting, distribution options and other important material. Please keep us informed of address changes, as GE will be sending a package to you a few months prior to age 60 to help you commence.
- Review your Pension Profile via *OneHR.ge.com > Retirement > Pension Profile*.
- Generally, collecting a pension payment has an impact on the ability to collect unemployment compensation, either by reducing or eliminating the benefit. Check with your state unemployment office, as the eligibility rules vary by state.

# GE RETIREMENT SAVINGS PLAN (RSP)

**You are fully vested in your RSP amounts,** which means you have the right to those amounts when you leave the Company and all affiliates.

**When you terminate service from the Company and all affiliates:**

- No immediate action is required
- Access your account, tools and resources at My GE RSP on OneHR.ge.com or at NetBenefits.com
- Ensure your email on file with Fidelity is accurate and remains up to date so we can send important information to you
- The year's CRCs will be credited in the month after your service ends
- You may continue to make up to 12 investment switches per quarter
- GE Stock Fund Dividend Payout Option remains available to you
- RSP contributions will not be taken from your lump-sum severance benefit
- Your current contribution election continues to apply to any benefit-applicable compensation paid to you after your layoff, such as certain commissions and other approved compensation
- You can take a distribution of any vested amounts

|  | Actions available when you terminate service |
|---|---|
| **Loans** | • You may continue to repay any outstanding loans under your current repayment schedule<br>• You are not permitted to take any new loans |
| **Distributions** | • You may keep your money in the plan (you must start payments after age 72)<br>• You may take a full or partial distribution<br>• Distributions may be eligible for rollover to another eligible retirement program such as another employer's qualified plan or an Individual Retirement Account (IRA) |

You may wish to consult a tax professional before taking a withdrawal or distribution from your RSP account. As you review this information, consider calling the GE RSP Service Center at 1-877-55-GERSP (1-877-554-3777) for a free consultation.

# INSURANCES

For up to twelve months, you can continue various insurance benefits. The following table outlines your current insurance coverage amounts and your options. When your coverage ends you have the option to continue some of your GE Life Insurance options as individual policies - a process called conversion.

| Plan Name | Coverage amount | Coverage eligibility | After coverage ends |
|---|---|---|---|
| Basic Life Insurance | $286,700 | Coverage continues for up to 12 months | Conversion is available |
| Accidental Death or Dismemberment | $143,350 | Coverage continues for up to 12 months | Conversion is not available |
| Employee Personal Accident Insurance | $716,750 | Coverage continues for up to 12 months | Conversion is not available |
| Dependent Personal Accident Insurance | $250,000 / $50,000 | Coverage continues for up to 12 months | Conversion is not available |

Coverage that continues for current participants; Requires contributions

| Plan Name | Coverage amount | Coverage eligibility | After coverage ends |
|---|---|---|---|
| A Plus Term Life Insurance | $573,400 | Coverage continues for up to 12 months with regular contributions | Conversion is available |
| Dependent Life Insurance | $10,000 | Coverage continues for up to 12 months with regular contributions | Conversion is available |

**Conversion** is the ability to continue your insurance coverage as an individual policy directly with the insurance company. You can apply for conversion by sending the insurance company a conversion request form within 31 days of your coverage reduction or loss. To request that form, call the GE Job Loss Benefits Line at 1-866-234-9230.

**If you were to pass away,** your beneficiary or a family member should contact the GE Pension Benefits Inquiry Center at 1-800-432-3450 to report your death. You should keep your beneficiary designation up to date while covered. If you die within 31 days after coverage ends, benefits will still be paid to your beneficiary for the Basic Life Insurance and Personal Accident Insurance.

**Billing Information**
Shortly after your job loss date you will receive an invoice from the GE Insurance Continuation Center to continue your coverage. If you fail to make the necessary premium payments, your coverage will be canceled for non-payment.

If you are enrolled in Long Term Care, Personal Excess Liability Insurance, Home or Auto Insurance through Electric Insurance, you will be billed by the insurance company directly.  If you are enrolled in either the Group Legal or ID Theft benefit plans, GE coverage will continue for a limited period of time then end.  Please contact Added Benefits at 1-833-947-2029 for more information on when your coverage ends and what plan continuation options may be available.

## DISABILITY BENEFITS

You are currently enrolled in the below plans:

| Plan | Coverage eligibility | Contact information |
|---|---|---|
| GE Salary Continuation | Coverage continues for up to 31 days after your pay ends | 1-800-392-0789 Monday through Friday from 9:00 a.m. to 5:00 p.m., Eastern time |

**If you become disabled within 31 days of your job loss date, you will be eligible to apply for GE Salary Continuation Program benefits.** Please contact your HR manager and the GE Disability Benefits Center at 1-800-392-0789 if this situation arises. Excludes those who retire.

## AVAILABLE RESOURCES

| Plan | Eligibility | Contact information |
|---|---|---|
| GE Emergency Aid Plan | Eligibility for Natural Disaster grants will continue for up to 6 years from last day worked. | 1-800-524-8964 |
| GE Work/Life Connections | You are eligible for these services for up to 12 months following termination. Provides 24/7 personalized guidance and resources related to a major life event, including moving and relocation, legal assistance and adult learning. | 1-866-272-6007 |

# GE TUITION REFUND PROGRAM

The Tuition Refund Program provides tuition reimbursement for courses to expand your career opportunities.

- Assistance available if you were a full-time employee at the time of your layoff: $10,000 in total. This includes up to $400 per course in eligible academic fees.
- Assistance available if you were a part-time employee at the time of your layoff: $5,000 in total. This includes up to $400 per course in eligible academic fees.

All courses must be pre-approved by the GE Education and Family Services Center prior to the course start date and completed within two years of your job loss date. To receive reimbursement, you must complete each course with the required passing letter grade.

According to applicable law and current IRS regulations, your educational benefits may or may not be considered taxable. If they are considered taxable, the benefits will be subject to tax withholdings.

**Important:** Employees that have received a reimbursement for a master's degree or higher-level course while an active employee in the last four years and have signed a retention agreement must maintain employment with GE until the disposition, layoff, or plant closing date occurs to avoid repayment of previously reimbursed amounts, in accordance with their signed retention agreement.

**Apply for pre-approval online** at OneHR.ge.com > Additional Benefits > I want to ... > Apply for Tuition Reimbursement.

# CONTACT INFORMATION

| | |
|---|---|
| **GE Job Loss Benefits line**<br>• Job Loss payments<br>• Insurance, tax and pension questions<br>• Tuition Refund Program | 1-866-234-9230<br>9 a.m. - 5 p.m. Eastern time<br>Monday - Friday |
| **GE Retirement Savings Plan Center**<br>• RSP Balance<br>• Account questions and transactions support | 1-877-55-GERSP (1-877-554-3777)<br>8:30 a.m. - 8:30 p.m. Eastern time<br>on any day the New York Stock Exchange<br>is open for trading |
| **Insurance Continuation Center**<br>(administered by *WageWorks*)<br>• Payment of premiums during period of continued benefits | 1-866-924-6931<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday |
| **GE COBRA Administrator**<br>(administered by *WageWorks*)<br>• Continuation of medical, dental and vision benefits | 1-866-924-6931<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday |
| **Health Coach from GE**<br>• Provider assistance<br>• Resolving benefits and claim issues<br>• Employee Assistance Program (EAP) and Behavioral health | 1-866-272-6007<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday<br>Every day for after-hours urgent care questions |
| **HealthEquity**<br>• HRA/FSA/LPFSA account balance; claims questions | 1-888-303-3006<br>8 a.m. - 11 p.m. Eastern time<br>Monday - Friday |
| **Via Benefits®**<br>• Medicare supplemental plans and support | 1-855-873-0103<br>8 a.m. - 11 p.m. Eastern time<br>Monday - Friday |

## ADDITIONAL RESOURCES

**Job Loss Checklist** - The checklist provides you with information, additional resources and action items you may find valuable during this transition. Locate the Job Loss Checklist at OneHR.ge.com on the right-hand menu under *Leaving GE > Job Loss* or by searching for the term "job loss" on OneHR.ge.com

**Job Loss Handbook** - If you have any questions regarding your job loss benefits, please refer to *Your Benefits Handbook*, including *Your Benefits Handbook - Health, Life Insurance, Disability, and Other Benefits*, available online at *OneHR.ge.com > Additional Benefits > Your Benefits Handbook > Health, Life Insurance, Disability, and Other Benefits*

**Employee Extended Access Portal (internal job search)** - Prior to your last day of work you can continue to search and apply for internal roles at My GE Career Portal. **Update your personal email** prior to your last day of work as it is required to gain access to the Extended Access Portal. After your last day of work, begin using the Extended Access Portal at https://jobs.gecareers.com/global/en/imlogin.

**State Unemployment Benefits** -The following information may assist in the filing of Unemployment compensation benefits.

    **FEIN:** ▮▮▮▮▮▮▮
    **Company Name:** General Electric International
    **Employer Address:**
      Unemployment Solutions for You
      24307 Magic Mountain Pkwy, Suite 410
      Valencia, CA 91355

To obtain information regarding your state Unemployment benefits, please contact your state Unemployment office or go to https://www.careeronestop.org.

**Employment Verification** - You can generate an employment verification letter online prior to your last day of work at *OneHR.ge.com > Pay & Taxes > Verify Employment*. After your last day of work, you can contact Vault Verify at 1-407-378-6203 or http://www.vaultverify.com to request a statement. You will need to give Vault Verify GE's company code: 25600.

Intentionally Left Blank

## FULL LAYOFF BENEFIT RELEASE FOR SALARIED EMPLOYEES

I, **Russell Ellefson**, (Employee ID#:        ) understand that my employment with the General Electric Company or one of its affiliates (the "Company") will be terminated due to layoff, and that in exchange for signing and not revoking this Release, I will receive the following:

- The lump sum severance payment to which I am entitled pursuant to the terms and conditions of the GE Layoff Benefit Plan for Salaried Employees (the "Plan"), less applicable deductions and withholdings, which will be paid within 60 days after my Qualifying Termination (as defined in the Plan); and

- If I was enrolled in a Company medical, dental or vision benefit plan on the day immediately prior to my Qualifying Termination, then during the first six (6) months following my Qualifying Termination my cost for medical and vision coverage under the GE Health Choice for Employees Plan and dental coverage under the GE Life, Disability and Medical Plan will be the same amount as if I had remained actively employed (*i.e.*, will be subsidized by the Company). This coverage is provided as part of my COBRA rights. After the first six (6) months of coverage, I will be offered the opportunity to continue the remaining portion of my COBRA health coverage at my own expense for as long as I remain eligible.

I acknowledge that I am not otherwise entitled to the benefits as set forth above, except that if I do not sign this release (or if I revoke this release), as part of my COBRA coverage, I will receive 60 days of Company-subsidized medical, dental and vision coverage at the same rates as I would pay were I an active GE employee, so long as I was enrolled in such a benefit plan(s) on the day immediately prior to my Qualifying Termination, and I will be offered the opportunity to continue the remaining portion of COBRA coverage at my own expense for as long as I remain eligible. This Release does not modify or affect any vested benefits that I may have under any applicable Company bonus or other benefit plan pursuant to its terms. I also acknowledge that I have not made any claims or allegations related to sexual harassment or sexual abuse and none of the payments set forth in this Release are related to sexual harassment or abuse.

In return for the benefits and payments discussed in this Release, my heirs, assigns, agents and I waive and release all waivable claims of any kind (whether known or unknown, and including those under the Age Discrimination in Employment Act (ADEA), as amended) that I may have against Releasees (defined below), which arise from or relate to my employment and/or the termination of my employment with the Company. The released/waived claims include, but are not limited to, any and all claims that Releasees discriminated, harassed or retaliated against me on the basis of race, color, religion, national origin, sex (including pregnancy), sexual orientation, gender identity or expression, age, disability, veteran status or other characteristic or activity protected by law, violated any GE policies, procedures, covenants or express or implied contracts of any kind, violated any public policy, statutory or common law (including tort), or are in any way obligated to pay me wages, penalties, damages, expenses, costs or attorneys' fees in relation to an alleged violation of any waivable local, state* or federal law.

---

\* Released claims include claims involving or under the following: Alabama Age Discrimination in Employment Act, Unlawful Practices related to Opposition of Employer under Section 25-1-28 of the Alabama Code, Alabama Whistleblower Protection Law, retaliatory or constructive discharge, and co-employer liability under Sections 25-5-11 and 25-5-11.1 of the Alabama Code, Alaska Human Rights Law, Alaska Family and Medical Leave Law, Alaska Occupational Safety and Health law Minnesota Human Rights Act, Minnesota Equal Pay for Equal Work Law, Minnesota Age Discrimination Statute, Minnesota Nonwork Activities Law, Minnesota Whistleblower Protection Law, Minnesota Parenting Leave Act, Minnesota Wage Law, Minnesota WARN Laws, Minnesota Personnel Record Access Laws, Retaliation provision of Minnesota Workers' Compensation Act, Montana Human Rights Act, Mont. Code, Montana Equal Pay Law, Montana Wrongful Discharge from Employment Act, Montana Maternity Leave Act, Montana Wage Payment Law, Montana Minimum Wage and Overtime Compensation Act, Montana Limitation on Hours for Certain Employees, Montana Blacklisting Statutes, West Virginia Human Rights Act, West Virginia Equal Pay Act, West Virginia's prohibition against discrimination for use of tobacco products, West Virginia's prohibition against discrimination for

jury duty summons, West Virginia Parental Leave Act, West Virginia Minimum Wage Law, Retaliation provisions of West Virginia Workers' Compensation Act, Retaliation provision of

**Releasees** include the Company, its predecessors, successors and assigns, their current and former direct and indirect parents, affiliates, subsidiaries, divisions, and related business entities, and their current and former officers, directors, shareholders, employees, agents, representatives and employee benefit programs (including the trustees, administrators, fiduciaries and insurers of such programs). I acknowledge that I am not waiving any rights or claims that may arise after the date I execute this Release, or that cannot be lawfully released.

I understand that this Release does not prevent me from or interfere with my rights to file a claim or charge or participate in an investigation or proceeding of a law enforcement authority or government agency that lawfully precludes such a waiver, including any state or federal fair employment practices agency (such as the Equal Employment Opportunity Commission), the U.S. Securities and Exchange Commission, the Department of Labor, the Department of Justice, and the Financial Industry Regulatory Authority. However, by signing this Release, I am waiving all rights to monetary, injunctive or other personal relief that may result from that process to the maximum extent law permits.

Please take notice that federal law provides criminal and civil immunity to federal and state claims for trade secret misappropriation to individuals who disclose a trade secret to their attorney, a court, or a government official in certain, confidential circumstances that are set forth at 18 U.S.C. §§ 1833(b)(1) and 1833(b)(2), related to the reporting or investigation of a suspected violation of the law, or in connection with a lawsuit for retaliation for reporting a suspected violation of the law.

I agree that I will make myself reasonably available to respond to requests for information from, meet with and be interviewed by, Company personnel or their agents in connection with internal or external reviews, investigations, proceedings or litigation pertaining to matters related to my employment.

I agree that, subject to any obligation I may have under applicable law, I will not make or cause to be made any statement or take any action that disparages or in any way damages the reputation of the Company or its affiliates, subsidiaries, agents and their current and former officers, directors or employees, orally or in writing. I understand that this provision does not prohibit me from reporting conduct to, providing truthful information to, or participating in any investigation or proceeding conducted by any government agency, authority or self-regulatory organization as set forth above.

I am not aware of (or have already disclosed to the Company in writing) any conduct by the Company or any of the Releases that I have any reason to believe violates or may violate any domestic or foreign law or regulation or Company policy, or involves or may involve false claims to the United States. I have been paid all wages and commissions (if any) due and owing from the Company, including overtime, except possibly my final paycheck, which if not yet paid will be issued to me in the next pay cycle following the end of my employment (or earlier if law requires).

---

Consumer Credit and Protection Act, Massachusetts Law Prohibiting Unlawful Discrimination, Massachusetts Equal Pay Law (except for claims that cannot be waived related to inquiry or discussion of wages), Massachusetts Right to be Free from Sexual Harassment Law, Massachusetts Age Discrimination Law, Massachusetts Equal Rights Law, Massachusetts Equal Rights for the Elderly and Disabled Law, Massachusetts Civil Rights Law, Massachusetts False Claims Act, Massachusetts Family and Medical Leave Laws and Small Necessities Act, and Massachusetts labor and industry privacy law. By signing this Release, Employee is acknowledging that this waiver includes any claims against the Company under Mass. Gen. Laws ch 149, § 148 – the Massachusetts Wage Act. These claims include, but are not limited to, failure to pay earned wages, failure to pay overtime, failure to pay earned commissions, failure to timely pay wages, failure to pay accrued vacation or holiday pay, failure to furnish appropriate pay stubs, claims for improper wage deduction, and claims for failing to provide proper check-cashing facilities. This release waives claims under the New Jersey Conscientious Employee Protection Act. Pursuant to the West Virginia Human Rights Act, West Virginia employees who need an attorney may call the West Virginia State Bar Association at (866) 989-8227.

I will fully cooperate with the Company in effecting the smooth transition of my responsibilities, will submit appropriate T&L accounting on or before my last day worked, and will return all Company property within my possession/control, transferring my files and company records (electronic and paper) in accordance with my business' Document Management Procedure process. I represent that I have not and will not copy, transfer or take any GE Confidential Information to any external storage device or external personal email and will not disclose it outside GE in any other manner. GE Confidential Information includes but is not limited to documents and data containing work product that I or others prepared for the Company during my employment.

I understand that the Employee Innovation and Proprietary Information Agreement ("EIPIA"), any Employee Non-Solicitation/Non-Compete Agreement and the Company's internal alternative dispute resolution process will remain in effect in accordance with their terms. I agree to submit to the Company Alternative Dispute Resolution process ("Company ADR") any claims not released herein and covered by Company ADR, or any claims that arise after the date I sign this Release, including disputes about this Release. I understand I am giving up the right to a jury trial for such claims and that claims submitted pursuant to Company ADR will be decided finally and solely by an arbitrator. I understand that I may ask my Human Resources Manager ("HRM") for a copy of the Company ADR process.

I acknowledge that any breach by me of the obligations under this Release inevitably would cause substantial and irreparable damage for which money damages may not be an adequate remedy. Accordingly, the Company will be entitled to an injunction and/or other equitable relief, without the necessity of posting security, to prevent the breach. If the Company proves a breach in court or arbitration, I agree to indemnify and hold the Company harmless from any loss, claim or damages, including all reasonable attorneys' fees, costs and expenses incurred in enforcing this Release as well as repay all compensation and benefits paid as consideration under the terms of this Release, except to the extent that such reimbursement is prohibited by law or would result in the invalidation of the Release.

In addition to the other terms of this Release, I will be in breach of Release if I am found, in the Company's sole discretion, to have engaged in conduct that: i) occurred after the date of my Qualifying Termination that results in (or has the potential to cause) material harm financially, reputationally, or otherwise to the Company or any Releasee or; ii) occurred prior to the date of my Qualifying Termination and would give rise to a termination for Cause (as defined in the Plan).

I have read the terms of this Release and understand them. I agree to keep them confidential, except that I may disclose them to my immediate family, tax or legal advisors (as long as those individuals agree to be bound by this confidentiality obligation), governmental officials who seek such information as part of their official duties or as compelled by law. Additionally, nothing in this Release prevents or restricts me from filing or disclosing any facts necessary to receive unemployment insurance, Medicaid, or other public benefits to which I may be entitled. I also understand that nothing in this Release prohibits me from discussing my compensation with others.

I understand that I have at least 45 days to consider this Release before signing it, and, only if I am 40 years old or older, that I can revoke this Release within 7 days (or 15 days in Minnesota) after signing it by sending written notice of that revocation to my HRM (the day following this revocation period is the "Effective Date" of this document). I also acknowledge that the Company has advised me in writing, by this reference, to consult with an attorney before signing this Release. I have not relied upon any oral statements or representations that are not included in this Release.

The Company reserves the right to terminate, amend, suspend, replace or modify any of its benefit plans and compensation programs at any time and for any reason, and I acknowledge that I will be subject to any such termination, amendment, suspension, replacement, or modification. If a plan or program is terminated, I acknowledge that I will not receive any further benefits under that plan/program, other than payment for benefits for services or coverages incurred before it was

terminated. This paragraph shall not alter any vested benefits to which I may be entitled under the terms of the GE Pension Plan and/or GE Retirement Savings Plan. To the extent any of the provisions in this Release conflict with the terms and conditions of any Company plan document, the provisions in the plan document shall be controlling.

This Release shall be construed, interpreted and applied under New York law, without regard to choice of law principles. If any provision of this Release cannot be modified by a court of competent jurisdiction to be enforceable, the affected provision shall be stricken and the remaining provisions shall have full force and effect.

**YOU MAY NOT MAKE ANY CHANGES TO THIS RELEASE. BEFORE SIGNING THIS RELEASE, READ IT CAREFULLY AND, IF YOU CHOOSE, DISCUSS IT WITH YOUR ATTORNEY. BY SIGNING THIS RELEASE, YOU WILL BE WAIVING ALL KNOWN AND UNKNOWN CLAIMS. TAKE AS MUCH TIME AS YOU NEED TO CONSIDER THIS RELEASE BEFORE DECIDING WHETHER TO SIGN IT, UP TO 45 DAYS AFTER RECEIPT OF THIS RELEASE AND ACCOMPANYING JOB LOSS BENEFITS LETTER, OR UNTIL YOUR LAST DAY WORKED, WHICHEVER IS LATER. IN ANY EVENT, YOU SHOULD NOT SIGN IT PRIOR TO YOUR LAST DAY WORKED.**

Return the complete signed Release by uploading it to http://onehr.ge.com/forms and emailing it to your HRM. Please return all 4 pages of the Release.

Understood and Intentionally and Voluntarily Agreed to by:

Signature: _____   Date: _____

Name (Printed): _____

# g

GE
HR Services

1 River Road
Schenectady, NY 12345

October 24, 2022

Joshua Zongker
15493 Sw. 25th Avenue
Spivey, KS 67142

Dear Joshua Zongker:                                          Employee ID: █████

We understand that you have been affected by a layoff. We recognize that this may be a difficult time in your life and want you to have the necessary information to make well-informed decisions about your benefits and options. This package outlines your GE benefits and provides key information needed to make critical decisions.

**Last Day Worked:** November 23, 2022 (your last day on active payroll and benefits)

**Job Loss date:** November 24, 2022 (your first day of job loss benefits)

**Service Termination date:** November 23, 2023 (reflects the full possible 12 months of protected service)

This package contains information about the following benefits:

| Benefit | Estimated Amount/Next Steps |
|---|---|
| Job Loss Income Benefit | $14,416.00 |
| GE Health Care | Coverage through your paid income severance period, if currently enrolled |
| GE Retirement Savings Plan (RSP) | No immediate action required, see RSP section |
| Insurances | See Insurances section |
| Vacation | See Vacation section |
| Education Benefit | Can apply immediately, see Individual Development section |

*Full details regarding the terms and conditions of General Electric Company's (GE) benefit plans are contained in the official plan documents. If descriptions in this package differ from the plan documents, the plan documents prevail. Similarly, any oral or written representations by a GE employee, plan representative or other party, or any benefit estimates that you may receive, cannot override, reverse or supplement the provisions of the plan documents. This package does not create a contract of employment between GE and any individual. The General Electric Company reserves the right to terminate, amend, suspend, replace, or modify its benefit plans and programs at any time and for any reason, in its sole discretion. No individual has a vested right to any benefit under a GE welfare benefit plan or program.*

The term "Company" refers to the General Electric Company or affiliate that employed you on its payroll. However, when used in connection with sponsorship of the plans and programs described in this letter, "Company" refers only to the General Electric Company.

Sincerely,
HR Services

**EXHIBIT**

**B**

# SEVERANCE BENEFIT

**You are eligible to receive an estimated total severance benefit of $14,416.00** (less any applicable taxes and withholdings).

**Here's how it's calculated:** Your benefit is based on the greater of 4 weeks of pay or one full week of pay for each full year of service, plus an additional ¼ week of pay for each additional three months worked. A "week's pay" is considered your straight-time rate for the last full week worked. Your straight-time weekly salary rate equals your annual salary rate divided by 52.1667.

### Severance benefit summary for job loss date of November 24, 2022

|  | Amount | Calculation |
|---|---|---|
| Base salary information | $1,696.00 weekly base pay | Annual base salary $88,474.72 / 52.1667 |
| Continuous service amount | 8.50 years | 1 week's pay x 8.50 years of service |
| Estimated severance benefit | $14,416.00 total | $1,696.00 x 8.50 years of service |

#### What is continuous service?
Continuous service is the total length of your service with the Company, usually starting from your date of hire. Details are included in the Continuity of Service Rules in *Your Benefits Handbook -Health, Life Insurance, Disability, and Other Benefits.*

#### What is protected service?
Protected service is the period of time, up to 12 months from your job loss date, during which your continuous service and eligibility for certain GE benefits will be preserved. Certain actions, like the election of a lump-sum payout of severance benefits, will end your period of protected service.

#### Options for receiving your severance benefit:

You may elect to receive the severance benefit in either

- A. **weekly or bi-weekly payments (based on your current pay schedule) or**
- B. **a single lump-sum payment**

#### A. If you elect weekly or bi-weekly payments:

Payments will be issued at 100% of your weekly, straight-time base pay, paid to you on your current pay schedule. Payments will be issued until your severance benefit is exhausted, assuming you remain on protected service.

**You will be defaulted into the weekly/bi-weekly payments,** unless you return the Lump-Sum Option Election Form included in this packet. When your protected service ends, any remaining severance benefit will be paid out as a lump sum. You can terminate service and request a lump sum of your remaining balance at any time during the 12-month period by completing the Lump-Sum Option Election Form.

#### B. If you elect to receive a lump-sum payment:

You will receive the total amount of the severance benefit in a lump sum, typically paid to you within 2-3 pay periods from your job loss date. **Your employment will terminate, service will end effective the later of your job loss date or the signature date on the Lump-Sum Option Election Form, and you will no longer be eligible for other layoff benefits.** Terminating service will end your recall rights.

To elect a lump sum, securely upload the enclosed Lump-Sum Option Election Form to https://onehr.ge.com/forms

**Comparison of the two payment options:**

| Severance benefit | Weekly payments | Lump-sum payment |
|---|---|---|
| Taxes | Applicable Federal taxes<br><br>Applicable state tax<br><br>6.2% Social Security (if you have not reached the yearly Social Security maximum)<br><br>1.45% Medicare | 22% Federal taxes*<br><br>Your highest state tax rate for lump-sum payments<br><br>6.2% Social Security (if you have not reached the yearly Social Security maximum)<br><br>1.45% Medicare |
| Deductions | Garnishments, if applicable<br><br>No benefit deductions are withheld; you will be billed by GE Insurance Continuation for most benefits | Garnishments, if applicable<br><br>No benefit deductions are withheld |
| Impact on benefits | Most benefits continue during protected service assuming you continue to pay any required contributions/premiums | Other layoff benefits end |
| GE continuous service | Service is maintained for up to 12 months from job loss date | Service terminates immediately; upon rehire, your ability to restore your continuous service may be contingent upon repayment of the lump-sum payment |

*If this is your first payment in the calendar year, tax withholding will be determined by your Federal tax election (W-4) on file. Prior to your last day worked, you can update your tax election at *OneHR.ge.com > Pay and Taxes > Tax Actions > Update Tax Elections*

**What happens if you get another job?**

If you get a job **outside the Company,** you will receive all remaining severance dollars with two payment options:

1. You can break service and have any remaining dollars paid to you in a lump sum.
2. You can stay on protected service and any remaining severance dollars will continue to be paid until exhausted.

If you get a job **within the Company:**

1. If you have been receiving weekly/bi-weekly payments, you will keep any payments already received, but any remaining balance is forfeited.
2. If you received a lump sum, broke service and are rehired within 12 months of receiving your lump sum, you will be required to repay a prorated portion of the lump-sum amount to have your service time restored.

## VACATION TIME

You are currently on the **Earn As You Go** benefit plan.

Any current year earned, but unused, vacation will be paid out in a lump-sum payment following the end of your Working Notice Period. This lump-sum vacation payout is considered taxable earnings and is subject to the applicable Federal, State and FICA taxes and any applicable benefit deductions, including the GE Pension Plan and the GE Retirement Savings Plan (RSP).

If you have already used all your vacation days at the time of job loss you are not required to repay the Company for any unearned days.

If you obtain another position inside GE within the same calendar year as your last day worked, you are not required to repay your vacation lump-sum payment. The vacation days paid will not be reinstated. You may earn additional vacation time upon rehire based on your vacation eligibility at the time of rehire.

You will also receive pay for unused sick and personal days/hours that you have accumulated.

# HEALTH CARE BENEFITS

The Company will continue your existing coverage under the GE Health Benefits for production employees plan, GE Vision Option and GE Dental Care Option for you and your eligible dependents through your paid income severance period.

**Your Benefit as of November 24, 2022 (assuming you stay on protected service)**
This is a summary based on current information. If you have recently made an election it may not be reflected here.

| Benefit plan name | Current coverage | Eligibility | Cost |
|---|---|---|---|
| **GEHB Option 3 - Aetna** Includes prescription and behavioral health benefits | 1 Person Coverage | Eligible to continue coverage through your paid income severance period | Contribution-free |
| **GE Vision Premium Option** | 1 Person Coverage | Eligible to continue coverage through your paid income severance period | Contribution-free |
| **GE Dental Premium Option** | 1 Person Coverage | Eligible to continue coverage through your paid income severance period | Contribution-free |

**Coverage and Enrollment Information**
Job loss is not a qualifying event to change your medical care option, but it does allow you to cancel coverage or decrease the coverage level on your current benefit options (i.e., 1 person, 2 people, 3 or more people). You can change your medical care option during Annual Enrollment. You can add or drop dependents during Annual Enrollment, or if they have a qualifying life event.

If you go to work for another employer, GE will continue to provide health care coverage during your paid income severance period. GE will be secondary to your new employer's plan.

**After GE coverage ends**
You may be eligible to extend coverage through **COBRA**. COBRA is the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended. It is a federal law requiring employers to allow former employees and/or their covered dependents to continue health care coverage under certain circumstances when coverage would otherwise end. The GE Insurance Continuation Center will mail you a package regarding your rights under COBRA shortly after your last day of work. Estimated monthly COBRA rates are included in this package.

Health coverage alternatives may be available to you through the health insurance marketplace at www.healthcare.gov. If you will be Medicare eligible when your GE medical coverage ends, you may seek coverage through www.medicare.gov and Via Benefits®.

# GE RETIREMENT SAVINGS PLAN (RSP)

**You are fully vested in your RSP amounts,** which means you have the right to those amounts when you leave the Company and all affiliates.

**While on protected service:**

- No immediate action is required
- Access your account, tools and resources at My GE RSP on OneHR.ge.com or at NetBenefits.com
- Ensure your email on file with Fidelity is accurate and remains up to date so we can send important information to you
- The year's CRCs will be credited in the following January or in the month after your service ends, if earlier
- You may continue to make up to 12 investment switches per quarter
- GE Stock Fund Dividend Payout Option remains available to you
- RSP contributions will not be taken from your job loss income benefits
- Your current contribution election continues to apply to any benefit-applicable compensation paid to you after your layoff, such as vacation pay, certain commissions and other approved compensation

| | Actions available while on protected service |
|---|---|
| Loans | • If you have an outstanding loan at the time of your layoff, you may continue to repay. The loan will change to a monthly payment schedule - Fidelity will mail you a letter with instructions.<br>• You may take out new loans, but no more than two loans may be outstanding at any time<br>    ○ Minimum loan amount is $500<br>    ○ Maximum loan amount is lesser of $50,000 reduced by your highest outstanding loan balance from the past 12 months; or ½ of your available account balance |
| Withdrawals | • You may take regular withdrawals to access your after-tax contributions, certain Company Matching Contributions, rollover contributions and any associated earnings<br>• You may be eligible to withdraw part of your RSP<br>• Hardship withdrawals may be available if you have an "immediate and heavy financial need," as defined by the IRS |

**When protected service ends:**

- No immediate action is required
- Access your account, tools and resources at Fidelity NetBenefits-My GE RSP on OneHR.ge.com or at NetBenefits.com
- You may continue to make up to 12 investment switches per quarter
- GE Stock Fund Dividend Payout Option remains available to you

| | Actions available when protected service ends |
|---|---|
| Loans | • You may continue to repay any outstanding loans under your current repayment schedule<br>• You are not permitted to take any new loans |
| Distributions | • You may keep your money in the plan (you must start payments after age 72)<br>• You may take a full or partial distribution of any vested amounts<br>• Distributions may be eligible for rollover to another eligible retirement program such as another employer's qualified plan or an Individual Retirement Account (IRA) |

You may wish to consult a tax professional before taking a withdrawal or distribution from your RSP account. As you review this information, consider calling the GE RSP Service Center at 1-877-55-GERSP (1-877-554-3777) for a free consultation.

# INSURANCES

While on protected service, you can continue various insurance benefits. The following table outlines your current insurance coverage amounts, your options during protected service and when your service terminates. When your coverage ends you have the option to continue some of your GE Life Insurance options as individual policies - a process called conversion.

| Plan Name | Coverage amount | Coverage eligibility | After coverage ends |
|---|---|---|---|
| Basic Life Insurance | $180,288 | Coverage continues for up to 12 months* | Conversion is available |
| Accidental Death or Dismemberment | $90,144 | Coverage continues for up to 12 months* | Conversion is not available |
| Employee Personal Accident Insurance | $450,720 | Coverage continues for up to 12 months* | Conversion is not available |

*As long as your continuous service is maintained

**Conversion** is the ability to continue your insurance coverage as an individual policy directly with the insurance company. You can apply for conversion by sending the insurance company a conversion request form within 31 days of your coverage reduction or loss. To request that form, call the GE Job Loss Benefits Line at 1-866-234-9230.

**If you were to pass away,** your beneficiary or a family member should contact the GE Pension Benefits Inquiry Center at 1-800-432-3450 to report your death. You should keep your beneficiary designation up to date while covered. If you die within 31 days after coverage ends, benefits will still be paid to your beneficiary for the Basic Life Insurance and Personal Accident Insurance.

### Billing Information
Shortly after your job loss date you will receive an invoice from the GE Insurance Continuation Center to continue your coverage. If you fail to make the necessary premium payments, your coverage will be canceled for non-payment.

If you are enrolled in Long Term Care, Personal Excess Liability Insurance, Home or Auto Insurance through Electric Insurance, you will be billed by the insurance company directly.  If you are enrolled in either the Group Legal or ID Theft benefit plans, GE coverage will continue for a limited period of time then end.  Please contact Added Benefits at 1-833-947-2029 for more information on when your coverage ends and what plan continuation options may be available.

## DISABILITY BENEFITS

You are currently enrolled in the below plans:

| Plan | Coverage eligibility | Contact information |
|---|---|---|
| GE Short-term Disability | Coverage continues for up to 31 days after your pay ends* | 1-800-392-0789 Monday through Friday from 9:00 a.m. to 5:00 p.m., Eastern time |

*As long as your continuous service is maintained

**If you become disabled within 31 days of your job loss date, you will be eligible to apply for GE Short-term Disability benefits.** Please contact your HR manager and the GE Disability Benefits Center at 1-800-392-0789 if this situation arises. Excludes those who retire.

## AVAILABLE RESOURCES

| Plan | Eligibility | Contact information |
|---|---|---|
| GE Emergency Aid Plan | Eligibility for Natural Disaster grants will continue while on protected service. After service ends, eligibility continues for up to 5 years from termination or up to the length of your prior continuous service, if less. | 1-800-524-8964 |
| GE Work/Life Connections | You are eligible for these services while on protected service. Provides 24/7 personalized guidance and resources related to a major life event, including moving and relocation, legal assistance and adult learning. | 1-866-272-6007 |

# INDIVIDUAL DEVELOPMENT PROGRAM

The Individual Development Program provides tuition reimbursement for courses and training programs to expand your career opportunities. This benefit is available as long as recall rights are maintained as of the first day of course instruction.

- Assistance is available if you were a full-time employee with at least 6 months of continuous service at the time of your layoff, $10,000 per year. This includes up to $400 per course in eligible academic fees, required textbooks and course-related software.
- Assistance is available if you were a part-time employee with at least 6 months of continuous service and scheduled to work at least 20 hours in a week at the time of your layoff, $2,000 per year. This includes up to $400 per course in eligible academic fees, required textbooks and course-related software.

All courses must be pre-approved by the GE Education and Family Services Center prior to course start date, initiated within five years of your job loss date and completed within five years of your recall rights eligibility ending. To receive reimbursement, you must complete each course with the required passing letter grade.

According to applicable law and current IRS regulations, your educational benefits may or may not be considered taxable. If they are considered taxable, the benefits will be subject to tax withholdings.

**If you elect to receive your job loss income benefit in a lump sum,** you are considered terminated from the Company, your continuous service ends and your eligibility for all GE benefits generally ends. You will no longer be eligible for tuition reimbursement, even if you were pre-approved.

**Important:** Employees that have received a reimbursement for a master's degree or higher-level course while an active employee in the last four years and have signed a retention agreement must maintain employment with GE until the disposition, layoff, or plant closing date occurs to avoid repayment of previously reimbursed amounts, in accordance with their signed retention agreement.

**Apply for pre-approval online** at OneHR.ge.com > Additional Benefits > I want to ... > Apply for Tuition Reimbursement.

# CONTACT INFORMATION

| | |
|---|---|
| **GE Job Loss Benefits line**<br>• Job Loss payments<br>• Insurance, tax and pension questions<br>• Tuition Refund Program | 1-866-234-9230<br>9 a.m. - 5 p.m. Eastern time<br>Monday - Friday |
| **GE Retirement Savings Plan Center**<br>• RSP Balance<br>• Account questions and transactions support | 1-877-55-GERSP (1-877-554-3777)<br>8:30 a.m. - 8:30 p.m. Eastern time<br>on any day the New York Stock Exchange<br>is open for trading |
| **Insurance Continuation Center**<br>(administered by *WageWorks*)<br>• Payment of premiums during period of continued benefits | 1-866-924-6931<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday |
| **GE COBRA Administrator**<br>(administered by *WageWorks*)<br>• Continuation of medical, dental and vision benefits | 1-866-924-6931<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday |
| **Health Coach from GE**<br>• Provider assistance<br>• Resolving benefits and claim issues<br>• Employee Assistance Program (EAP) and Behavioral health | 1-866-272-6007<br>8 a.m. - 8 p.m. Eastern time<br>Monday - Friday<br>Every day for after-hours urgent care questions |
| ***HealthEquity***<br>• HRA/FSA/LPFSA account balance; claims questions | 1-888-303-3006<br>8 a.m. - 11 p.m. Eastern time<br>Monday - Friday |
| **Via Benefits®**<br>• Medicare supplemental plans and support | 1-855-873-0103<br>8 a.m. - 11 p.m. Eastern time<br>Monday - Friday |

## ADDITIONAL RESOURCES

**Job Loss Checklist** - The checklist provides you with information, additional resources and action items you may find valuable during this transition. Locate the Job Loss Checklist at OneHR.ge.com on the right-hand menu under *Leaving GE > Job Loss* or by searching for the term "job loss" on OneHR.ge.com

**Job Loss Handbook** - If you have any questions regarding your job loss benefits, please refer to *Your Benefits Handbook*, including *Your Benefits Handbook - Health, Life Insurance, Disability, and Other Benefits*, available online at *OneHR.ge.com > Additional Benefits > Your Benefits Handbook > Health, Life Insurance, Disability, and Other Benefits*

**Employee Extended Access Portal (internal job search)** - Prior to your last day of work you can continue to search and apply for internal roles at My GE Career Portal. **Update your personal email** prior to your last day of work as it is required to gain access to the Extended Access Portal. After your last day of work, begin using the Extended Access Portal at https://jobs.gecareers.com/global/en/imlogin.

**State Unemployment Benefits** -The following information may assist in the filing of Unemployment compensation benefits.

        **FEIN:**

        **Company Name:** General Electric International

        **Employer Address:**

            Unemployment Solutions for You

            24307 Magic Mountain Pkwy, Suite 410

            Valencia, CA 91355

To obtain information regarding your state Unemployment benefits, please contact your state Unemployment office or go to https://www.careeronestop.org.

**Employment Verification** - You can generate an employment verification letter online prior to your last day of work at *OneHR.ge.com > Pay & Taxes > Verify Employment*. After your last day of work, you can contact Vault Verify at 1-407-378-6203 or http://www.vaultverify.com to request a statement. You will need to give Vault Verify GE's company code: 25600.

Intentionally Left Blank

# LUMP-SUM OPTION ELECTION FORM

Name:_____     Employee ID: ████████

Email (Personal)_____     Phone Number:_____

You **only** need to return this form if you are electing a lump sum payment of your layoff income benefit. **If you are not electing a lump sum payment,** you will be defaulted into the weekly/bi-weekly payment option. Lump sum amounts are usually paid within 3-4 weeks following the later of your last day worked, or receipt of the election form.

If you have any questions regarding your job loss benefits, please refer to *Your Benefits Handbook*, including *Your Benefits Handbook - Health, Life Insurance, Disability, and Other Benefits*, available online at *OneHR.ge.com > Additional Benefits > Your Benefits Handbook > Health, Life Insurance, Disability, and Other Benefits*

**Securely upload** documents to https://onehr.ge.com/forms,
or **Mail to:**
GE HR Services
PO Box 5000
Schenectady, NY 12301

## Select Option:

☐ **Lump-Sum Option:** Breaks service and ends other benefits. Service termination date will be the later of signature date, or last day worked. Terminating service will end your recall rights.

_____          _____
Employee Signature                              Date

**MR817**

## FULL LAYOFF BENEFIT RELEASE

I, JOSHUA JAY ZONGKER (SSO#:        ), understand that my employment with the General Electric Company, including its affiliates and subsidiaries (the "Company"), will be terminated due to layoff, and I understand that if I choose not to sign this Release, I will be entitled to a layoff benefit consisting of two (2) weeks of pay per the terms of the GE Layoff Plan for Salaried Employees and eligibility while GE protected service is maintained for up to two (2) months of continued Company-subsidized medical and/or dental coverage under the GE Health Choice Plan and the GE Life, Disability and Medical Plan at active employee rates (referred collectively as the "Base Layoff Package").

I further understand that, if I choose to sign this Release, in lieu of the Base Layoff Package outlined above, I will receive the Full Layoff Benefit, which will consist of the following:

(a) the Full Monetary Benefit to which I am entitled pursuant to the terms and conditions of the GE Layoff Plan for Salaried Employees (the "Plan"), less applicable deductions and withholdings (the Full Monetary Benefit generally consists of one week of pay per year of service plus ¼ week of pay for each 3 months partial year I can elect to receive my Full Monetary Benefit in weekly installments, or in a lump sum (resulting in break of GE protected service, except for employees age 59 or older at the time of layoff who can remain on protected service for up to one year if they select the special lump sum option), pursuant to the terms of the Plan; and

(b) Eligibility while GE protected service is maintained for up to six (6) months of Company-subsidized medical coverage under the GE Health Choice Plan, and up to six (6) months of Company-subsidized dental coverage under the GE Life, Disability and Medical Plan at the same rates as I would be paying were I an active GE employee. (Employees age 59 with at least 9 years of continuous service at the time of layoff can receive up to an additional six (6) months of coverage while on protected service at retiree rates). I acknowledge that any such Company-subsidized coverage constitutes a portion of my entitlement to post-employment medical coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA.)

In return for the aforementioned benefits, my heirs, assigns, agents and I agree to waive and release all waivable claims of any kind (whether known or unknown, and including those under the Age Discrimination in Employment Act (ADEA)) that I may have against Releasees (defined below), which arise from or relate to my employment and/or the termination of my employment with the Company. As discussed further below, this waiver does not interfere with my rights to file charges with, provide truthful information to, or participate in investigations/proceedings by the EEOC or other governmental agencies or self-regulatory organizations. The claims I am releasing include, but are not limited to, any and all claims that Releasees discriminated, harassed or retaliated against me on the basis of race, color, religion, national origin, sex (including pregnancy), sexual orientation, age, disability, veteran status or other characteristic or activity protected by law, violated any GE policies, procedures, covenants or express or implied contracts of any kind, violated any public policy, statutory or common law (including tort), or are in any way obligated to pay me damages, expenses, costs or attorneys' fees in relation to an alleged violation of any waivable local, state* or federal law. Releasees include the Company, its predecessors, successors and assigns, their current and former direct and indirect parents, affiliates, subsidiaries, divisions, and related business entities, and their current and former officers, directors, shareholders, employees, agents, representatives and employee

---

* Including but not limited to claims under the New Jersey Conscientious Employee Protection Act, and all rights and claims under the Massachusetts Wage Act such as claims for unpaid or late payment of wages, unpaid overtime, vacation payments, commission payments, meal period violations and unpaid tips. California employees also specifically waive all rights and benefits under Section 1542 of the California Civil Code, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor." The term "creditor" in the above quote refers to the employee and the term "debtor" refers to the employer. Pursuant to the West Virginia Human Rights Act, West Virginia employees who need an attorney may call the West Virginia State Bar Association at (866) 989-8227.

**EXHIBIT**

**C**

benefit programs (including the trustees, administrators, fiduciaries and insurers of such programs). I acknowledge that I am not waiving any rights or claims that may arise after the date I execute this Release. This Release does not modify or affect any vested rights and benefits that I may have under any applicable Company bonus or benefit plan. I understand that this Release does not prevent me from filing a charge with any administrative agency or from participating in an investigation or proceeding of a governmental agency. However, I understand I am waiving any and all rights to monetary, injunctive or other personal relief that may result from that process; provided however that this waiver shall not apply to participation in any investigation or proceeding conducted by the U.S. Securities and Exchange Commission. I also understand that this Release does not prohibit me from discussing my compensation with others; or reporting conduct to, providing truthful information to, or participating in any investigation or proceeding conducted by any federal or state government agency or self-regulatory organization.

I agree that I will make myself reasonably available to meet with and be interviewed by Company personnel or their agents in connection with internal or external reviews, investigations, proceedings or litigation pertaining to matters that occurred during my employment. I have disclosed in writing to the Company all information in my possession about any false claims to the United States, unlawful activities or violations of Company or GE policy that may have occurred during my employment, I have been paid all wages due and owing from the Company, including overtime. I will fully cooperate with the Company in effecting the smooth transition of my responsibilities, returning all Company property within my possession/control, transferring my files and company records (electronic and paper) in accordance with the GE Power Business Records Management Guidelines process and submitting appropriate T&L accounting on or before my last day worked. I further agree not to disparage or denigrate the Company or its related business entities and their current and former officers or directors orally or in writing. I understand that the Employee Innovation and Proprietary Information Agreement (EIPIA), the Company's internal alternative dispute resolution process and any Employee Non-Solicitation/Compete Agreement will remain in effect in accordance with their terms.

I fully understand the terms of this Release and agree to keep them confidential, except that I may disclose them to my immediate family, tax or legal advisors (as long as those individuals agree to be bound by this confidentiality obligation). I also understand that I have 46 days, after receipt of my individual Job Loss Benefits letter and accompanying documentation, to consider this Release before signing it, and, if I am 40 years of age or older, that I can revoke this Release within 7 days (or 15 days in Minnesota) after signing it by sending written notice of that revocation to my Human Resources Manager (the day following this revocation period is the "Effective Date" of this document). I also acknowledge that the Company has advised me in writing, by this reference, to consult with an attorney before signing this Release, and, if I am 40 years of age or older, that I have received the attached Exhibit A required by the U.S. Older Workers Benefit Protection Act. I have not relied upon any oral statements or representations that are not included in this Release.

This Release shall be construed, interpreted and applied under New York law. If any provision of this Release cannot be modified by a court of competent jurisdiction to be enforceable, the affected provision shall be stricken and the remaining provisions shall have full force and effect.

**YOU MAY NOT MAKE ANY CHANGES TO THE TERMS OF THIS RELEASE. BEFORE SIGNING THIS RELEASE, READ IT CAREFULLY AND, IF YOU CHOOSE, DISCUSS IT WITH YOUR ATTORNEY AT YOUR OWN EXPENSE. TAKE AS MUCH TIME AS YOU NEED TO CONSIDER THIS RELEASE BEFORE DECIDING WHETHER TO SIGN IT, UP TO 46 DAYS AFTER RECEIPT OF YOUR INDIVIDUAL JOB LOSS BENEFITS LETTER AND ACCOMPANYING DOCUMENTATION– AFTER WHICH THIS OFFER WILL NO LONGER BE AVAILABLE. BY SIGNING THIS RELEASE YOU WILL BE WAIVING ALL KNOWN AND UNKNOWN CLAIMS.**

Understood and Agreed to by (Print Name and SSO): JOSHUA JAY ZONGKER /

Signature: _____ Date: 11/2/2022

2

## FULL LAYOFF BENEFIT RELEASE FOR SALARIED EMPLOYEES

I, **Russell Ellefson**, (Employee ID#: [REDACTED] understand that my employment with the General Electric Company or one of its affiliates (the "Company") will be terminated due to layoff, and that in exchange for signing and not revoking this Release, I will receive the following:

- The lump sum severance payment to which I am entitled pursuant to the terms and conditions of the GE Layoff Benefit Plan for Salaried Employees (the "Plan"), less applicable deductions and withholdings, which will be paid within 60 days after my Qualifying Termination (as defined in the Plan); and

- If I was enrolled in a Company medical, dental or vision benefit plan on the day immediately prior to my Qualifying Termination, then during the first six (6) months following my Qualifying Termination my cost for medical and vision coverage under the GE Health Choice for Employees Plan and dental coverage under the GE Life, Disability and Medical Plan will be the same amount as if I had remained actively employed (i.e., will be subsidized by the Company). This coverage is provided as part of my COBRA rights. After the first six (6) months of coverage, I will be offered the opportunity to continue the remaining portion of my COBRA health coverage at my own expense for as long as I remain eligible.

I acknowledge that I am not otherwise entitled to the benefits as set forth above, except that if I do not sign this release (or if I revoke this release), as part of my COBRA coverage, I will receive 60 days of Company-subsidized medical, dental and vision coverage at the same rates as I would pay were I an active GE employee, so long as I was enrolled in such a benefit plan(s) on the day immediately prior to my Qualifying Termination, and I will be offered the opportunity to continue the remaining portion of COBRA coverage at my own expense for as long as I remain eligible. This Release does not modify or affect any vested benefits that I may have under any applicable Company bonus or other benefit plan pursuant to its terms. I also acknowledge that I have not made any claims or allegations related to sexual harassment or sexual abuse and none of the payments set forth in this Release are related to sexual harassment or abuse.

In return for the benefits and payments discussed in this Release, my heirs, assigns, agents and I waive and release all waivable claims of any kind (whether known or unknown, and including those under the Age Discrimination in Employment Act (ADEA), as amended) that I may have against Releasees (defined below), which arise from or relate to my employment and/or the termination of my employment with the Company. The released/waived claims include, but are not limited to, any and all claims that Releasees discriminated, harassed or retaliated against me on the basis of race, color, religion, national origin, sex (including pregnancy), sexual orientation, gender identity or expression, age, disability, veteran status or other characteristic or activity protected by law, violated any GE policies, procedures, covenants or express or implied contracts of any kind, violated any public policy, statutory or common law (including tort), or are in any way obligated to pay me wages, penalties, damages, expenses, costs or attorneys' fees in relation to an alleged violation of any waivable local, state* or federal law.

---

* Released claims include claims involving or under the following: Alabama Age Discrimination in Employment Act, Unlawful Practices related to Opposition of Employer under Section 25-1-28 of the Alabama Code, Alabama Whistleblower Protection Law, retaliatory or constructive discharge, and co-employer liability under Sections 25-5-11 and 25-5-11.1 of the Alabama Code, Alaska Human Rights Law, Alaska Family and Medical Leave Law, Alaska Occupational Safety and Health law Minnesota Human Rights Act, Minnesota Equal Pay for Equal Work Law, Minnesota Age Discrimination Statute, Minnesota Nonwork Activities Law, Minnesota Whistleblower Protection Law, Minnesota Parenting Leave Act, Minnesota Wage Law, Minnesota WARN Laws, Minnesota Personnel Record Access Laws, Retaliation provision of Minnesota Workers' Compensation Act, Montana Human Rights Act, Mont. Code, Montana Equal Pay Law, Montana Wrongful Discharge from Employment Act, Montana Maternity Leave Act, Montana Wage Payment Law, Montana Minimum Wage and Overtime Compensation Act, Montana Limitation on Hours for Certain Employees, Montana Blacklisting Statutes, West Virginia Human Rights Act, West Virginia Equal Pay Act, West Virginia's prohibition against discrimination for use of tobacco products, West Virginia's prohibition against discrimination for jury duty summons, West Virginia Parental Leave Law, West Virginia Minimum Wage Law, Retaliation provisions of West Virginia Workers' Compensation Act, Retaliation provision of

**EXHIBIT
D**

Releasees include the Company, its predecessors, successors and assigns, their current and former direct and indirect parents, affiliates, subsidiaries, divisions, and related business entities, and their current and former officers, directors, shareholders, employees, agents, representatives and employee benefit programs (including the trustees, administrators, fiduciaries and insurers of such programs). I acknowledge that I am not waiving any rights or claims that may arise after the date I execute this Release, or that cannot be lawfully released.

I understand that this Release does not prevent me from or interfere with my rights to file a claim or charge or participate in an investigation or proceeding of a law enforcement authority or government agency that lawfully precludes such a waiver, including any state or federal fair employment practices agency (such as the Equal Employment Opportunity Commission), the U.S. Securities and Exchange Commission, the Department of Labor, the Department of Justice, and the Financial Industry Regulatory Authority. However, by signing this Release, I am waiving all rights to monetary, injunctive or other personal relief that may result from that process to the maximum extent law permits.

Please take notice that federal law provides criminal and civil immunity to federal and state claims for trade secret misappropriation to individuals who disclose a trade secret to their attorney, a court, or a government official in certain, confidential circumstances that are set forth at 18 U.S.C. §§ 1833(b)(1) and 1833(b)(2), related to the reporting or investigation of a suspected violation of the law, or in connection with a lawsuit for retaliation for reporting a suspected violation of the law.

I agree that I will make myself reasonably available to respond to requests for information from, meet with and be interviewed by, Company personnel or their agents in connection with internal or external reviews, investigations, proceedings or litigation pertaining to matters related to my employment.

I agree that, subject to any obligation I may have under applicable law, I will not make or cause to be made any statement or take any action that disparages or in any way damages the reputation of the Company or its affiliates, subsidiaries, agents and their current and former officers, directors or employees, orally or in writing. I understand that this provision does not prohibit me from reporting conduct to, providing truthful information to, or participating in any investigation or proceeding conducted by any government agency, authority or self-regulatory organization as set forth above.

I am not aware of (or have already disclosed to the Company in writing) any conduct by the Company or any of the Releases that I have any reason to believe violates or may violate any domestic or foreign law or regulation or Company policy, or involves or may involve false claims to the United States. I have been paid all wages and commissions (if any) due and owing from the Company, including overtime, except possibly my final paycheck, which if not yet paid will be issued to me in the next pay cycle following the end of my employment (or earlier if law requires).

---

Consumer Credit and Protection Act, Massachusetts Law Prohibiting Unlawful Discrimination, Massachusetts Equal Pay Law (except for claims that cannot be waived related to inquiry or discussion of wages), Massachusetts Right to be Free from Sexual Harassment Law, Massachusetts Age Discrimination Law, Massachusetts Equal Rights Law, Massachusetts Equal Rights for the Elderly and Disabled Law, Massachusetts Civil Rights Law, Massachusetts False Claims Act, Massachusetts Family and Medical Leave Laws and Small Necessities Act, and Massachusetts labor and industry privacy law. By signing this Release, Employee is acknowledging that this waiver includes any claims against the Company under Mass. Gen. Laws ch 149, § 148 – the Massachusetts Wage Act. These claims include, but are not limited to, failure to pay earned wages, failure to pay overtime, failure to pay earned commissions, failure to timely pay wages, failure to pay accrued vacation or holiday pay, failure to furnish appropriate pay stubs, claims for improper wage deduction, and claims for failing to provide proper check-cashing facilities. This release waives claims under the New Jersey Conscientious Employee Protection Act. Pursuant to the West Virginia Human Rights Act, West Virginia employees who need an attorney may call the West Virginia State Bar Association at (866) 989-8227.

I will fully cooperate with the Company in effecting the smooth transition of my responsibilities, will submit appropriate T&L accounting on or before my last day worked, and will return all Company property within my possession/control, transferring my files and company records (electronic and paper) in accordance with my business' Document Management Procedure process. I represent that I have not and will not copy, transfer or take any GE Confidential Information to any external storage device or external personal email and will not disclose it outside GE in any other manner. GE Confidential Information includes but is not limited to documents and data containing work product that I or others prepared for the Company during my employment.

I understand that the Employee Innovation and Proprietary Information Agreement ("EIPIA"), any Employee Non-Solicitation/Non-Compete Agreement and the Company's internal alternative dispute resolution process will remain in effect in accordance with their terms. I agree to submit to the Company Alternative Dispute Resolution process ("Company ADR") any claims not released herein and covered by Company ADR, or any claims that arise after the date I sign this Release, including disputes about this Release. I understand I am giving up the right to a jury trial for such claims and that claims submitted pursuant to Company ADR will be decided finally and solely by an arbitrator. I understand that I may ask my Human Resources Manager ("HRM") for a copy of the Company ADR process.

I acknowledge that any breach by me of the obligations under this Release inevitably would cause substantial and irreparable damage for which money damages may not be an adequate remedy. Accordingly, the Company will be entitled to an injunction and/or other equitable relief, without the necessity of posting security, to prevent the breach. If the Company proves a breach in court or arbitration, I agree to indemnify and hold the Company harmless from any loss, claim or damages, including all reasonable attorneys' fees, costs and expenses incurred in enforcing this Release as well as repay all compensation and benefits paid as consideration under the terms of this Release, except to the extent that such reimbursement is prohibited by law or would result in the invalidation of the Release.

In addition to the other terms of this Release, I will be in breach of Release if I am found, in the Company's sole discretion, to have engaged in conduct that: i) occurred after the date of my Qualifying Termination that results in (or has the potential to cause) material harm financially, reputationally, or otherwise to the Company or any Releasee or; ii) occurred prior to the date of my Qualifying Termination and would give rise to a termination for Cause (as defined in the Plan).

I have read the terms of this Release and understand them. I agree to keep them confidential, except that I may disclose them to my immediate family, tax or legal advisors (as long as those individuals agree to be bound by this confidentiality obligation), governmental officials who seek such information as part of their official duties or as compelled by law. Additionally, nothing in this Release prevents or restricts me from filing or disclosing any facts necessary to receive unemployment insurance, Medicaid, or other public benefits to which I may be entitled. I also understand that nothing in this Release prohibits me from discussing my compensation with others.

I understand that I have at least 45 days to consider this Release before signing it, and, only if I am 40 years old or older, that I can revoke this Release within 7 days (or 15 days in Minnesota) after signing it by sending written notice of that revocation to my HRM (the day following this revocation period is the "Effective Date" of this document). I also acknowledge that the Company has advised me in writing, by this reference, to consult with an attorney before signing this Release. I have not relied upon any oral statements or representations that are not included in this Release.

The Company reserves the right to terminate, amend, suspend, replace or modify any of its benefit plans and compensation programs at any time and for any reason, and I acknowledge that I will be subject to any such termination, amendment, suspension, replacement, or modification. If a plan or program is terminated, I acknowledge that I will not receive any further benefits under that plan/program, other than payment for benefits for services or coverages incurred before it was terminated. This paragraph shall not alter any vested benefits to

which I may be entitled under the terms of the GE Pension Plan and/or GE Retirement Savings Plan. To the extent any of the provisions in this Release conflict with the terms and conditions of any Company plan document, the provisions in the plan document shall be controlling.

This Release shall be construed, interpreted and applied under New York law, without regard to choice of law principles. If any provision of this Release cannot be modified by a court of competent jurisdiction to be enforceable, the affected provision shall be stricken and the remaining provisions shall have full force and effect.

**YOU MAY NOT MAKE ANY CHANGES TO THIS RELEASE. BEFORE SIGNING THIS RELEASE, READ IT CAREFULLY AND, IF YOU CHOOSE, DISCUSS IT WITH YOUR ATTORNEY. BY SIGNING THIS RELEASE, YOU WILL BE WAIVING ALL KNOWN AND UNKNOWN CLAIMS. TAKE AS MUCH TIME AS YOU NEED TO CONSIDER THIS RELEASE BEFORE DECIDING WHETHER TO SIGN IT, UP TO 45 DAYS AFTER RECEIPT OF THIS RELEASE AND ACCOMPANYING JOB LOSS BENEFITS LETTER, OR UNTIL YOUR LAST DAY WORKED, WHICHEVER IS LATER. IN ANY EVENT, YOU SHOULD NOT SIGN IT PRIOR TO YOUR LAST DAY WORKED.**

Return the complete signed Release by uploading it to http://onehr.ge.com/forms and emailing it to your HRM. Please return all 4 pages of the Release.

Understood and Intentionally and Voluntarily Agreed to by:

Signature: _____   Date: 11/14/22

Name (Printed): RUSSELL STEFSON



GE Renewable Energy

GE Renewable Energy
1 River Road
Schenectady, NY 12345

**Nov. 7, 2022**

**Joshua Zongker (** ▮▮▮▮▮ **)**

On behalf of GEii, (the "Company"), I am pleased to provide you with this letter agreement ("Agreement") setting forth the various terms and conditions of a retention arrangement which the Company is prepared to offer. Upon your acceptance, this Agreement will be effective as of the date of your signature below.

### *Retention Award*

In recognition of your experience and to incentivize your continued service with the Company, we are pleased to offer you the opportunity to earn a "Retention Award" of $ 1,500.00 (USD) less applicable deductions and withholdings, provided you remain in active service in your current role as an employee in good standing from the date of this letter through **November 23, 2022** (the "Retention Period"). For the purpose of this Agreement, "good standing" shall be determined solely by the Company in its discretion and requires you to maintain fully satisfactory performance and full compliance with the Company's policies and procedures and any other agreement between you and the Company.

Such Retention Award is conditioned upon the terms and conditions set forth below and will be payable within 60 days after **November 23 , 2022**.

### *Voluntary Resignation or Termination for Cause*

If your employment should end due to your voluntary resignation or termination for Cause (as determined by the Company in its discretion), on or prior to the last day of the Retention Period, you will not be entitled to the Retention Award. If you transfer to another role within the Company, or within another GE business unit or Affiliate[1], the transfer will be treated under this Agreement as a voluntary resignation.

A termination for "Cause" means your:

   (a) breach of the Employee Innovation and Proprietary Information Agreement ("EIPIA") or any other confidentiality, non-solicitation, or non-competition agreement with the Company or its Affiliate or breach of a material term of any other agreement between you and the Company or its Affiliate;

---

[1] For purposes of this Agreement, an "Affiliate" means any company or business entity under the direct or indirect control of General Electric Company and any company or business entity in which General Electric Company has a 50% or more interest.

Appropriate Legal Entity

<div style="border:1px solid black; text-align:center;">
<strong>EXHIBIT</strong><br><strong>E</strong>
</div>



(b) engagement in conduct that results in, or has the potential to cause, material harm financially, reputationally, or otherwise to the Company or any Affiliate;

(c) commission of an act of dishonesty, fraud, embezzlement or theft;

(d) conviction of, or plea of guilty or no contest to a felony or crime involving moral turpitude; or

(e) failure to comply with the Company's or its Affiliate's policies and procedures, including but not limited to The Spirit and Letter.

If you are found , in the Company's sole discretion, to have engaged in conduct that: i) occurred after your separation of employment that results in (or has the potential to cause) material harm financially, reputationally, or otherwise to the Company or any of its Affiliates, or; ii) occurred during your employment and would give rise to a termination for Cause, regardless of whether such conduct is discovered before or after the separation of your employment, you shall forfeit your right to the Retention Award, and you may be required to repay the Retention Award to the extent already paid and recovery is permitted by law.

## Termination for Other Reasons

If your employment is terminated by reason of death, disability or involuntary termination without Cause (each as determined by the Company), you (or your estate, as appropriate) will be entitled to a pro-rated portion of the Retention Award (determined based on the number of days employed during the Retention Period) within 60 days of such termination of employment. For this purpose, "disability" shall have the same definition as provided in the long-term disability plan adopted by the Company in which you are eligible to participate.

## Other Terms

This Agreement does not imply participation in any other agreements, benefits or programs that the Company or any of its Affiliates may offer.  The terms and conditions of this Agreement are not an employment contract or a guarantee of employment for any fixed period of time, do not affect your at-will employment status and are subject to local regulatory approvals and requirements where applicable.

This Agreement contains the full and complete understanding between you and the Company in relation to this Retention Award.  You agree that you have not relied on any oral or written statements that are not included in this Agreement, which supersedes all prior agreements and understandings concerning this subject matter. Moreover, you agree that you will not rely on any future statements, whether oral or written, regarding the subject matter contained herein or interpreting this Agreement unless explicitly made by the senior labor and employment counsel or senior total rewards leader of your business within the Company.  Any addendum or modifications to the terms and conditions contained in this Agreement must be in writing, must reference this Agreement, and must be signed by an authorized employee or agent of the Company.



*Taxes, Withholding and Offsets*

The Retention Award is taxable and subject to all required withholdings and deductions. You are solely responsible for your own tax liability with respect to the Retention Award, without regard to the amount withheld or reported to the Internal Revenue Service. The Company reserves the right to offset the Retention Award under this Agreement by any amount owed by you to the Company in satisfaction of such obligation.

I have read and understood the terms of this Agreement and, by signing below, hereby signify my acceptance of these terms:  Return to Sarah Samyn HRM by **November 11, 2022.**

By: Company                          By: Employee

----------------------------         JOSHUA JAY ZONGKER/                     11/8/2022
Sarah Samyn, HR Partner              EMPLOYEE NAME print/sign                Date
Sarah.samyn@ge.com

**From:** Samyn, Sarah (GE Renewable Energy) <Sarah.Samyn@ge.com>
**Sent:** Friday, November 18, 2022 11:27 AM
**To:** Zongker, Joshua (GE Renewable Energy) <Joshua.Zongker@ge.com>
**Cc:** Lilja, Carl (GE Renewable Energy) <Carl.Lilja@ge.com>; Sampson, Christian (GE Renewable Energy) <Christian.Sampson@ge.com>; cooper, dalton (GE Renewable Energy) <dalton.cooper@ge.com>; Posey, Damere (GE Renewable Energy) <Damere.Posey@ge.com>; Yoder, Jamison (GE Renewable Energy) <Jamison.Yoder@ge.com>; Scheuring, Jason (GE Renewable Energy) <jason.scheuring@ge.com>; Dearborn, Jeffery (GE Renewable Energy) <Jeffery.Dearborn@ge.com>; Magana-Garcia, Jorge (GE Renewable Energy) <Jorge.Magana-Garcia@ge.com>; Bell, Logan (GE Renewable Energy) <Logan.Bell@ge.com>; Lesline, Michael (GE Renewable Energy) <Michael.Lesline@ge.com>; Stanczyk, Michael(GE Renewable Energy) <Michael.Stanczyk@ge.com>; Beck, Wesley (GE Renewable Energy) <Wesley.Beck1@ge.com>; Borell, Alex (GE Renewable Energy) <alex.borell@ge.com>; Mccullough, Scott (GE Renewable Energy) <Scott.Mccullough@ge.com>; Henderson, Tera (GE Renewable Energy) <Tera.Henderson@ge.com>; Tiefenthaler, Adam T (GE Renewable Energy) <adam.tiefenthaler@ge.com>; Ellefson, Russell (GE Renewable Energy) <Russell.Ellefson@ge.com>
**Subject:** RE: EOC update-

Hello Josh-

There is no formal rescind letter. As we have communicated along the way, there was always a strong indication that the contract at Flat Ridge would be extended and therefore no layoff action needed. Because of the prior contract end date of November 23, 2022, we felt it best to give you notice of what would happen if the contract was not extended. Hourly employees were not meant to receive anything to sign (if you look at the document it mentions being part of the GE Layoff Plan for Salaried Employees) but in any event, severance entitlement has always been conditioned on an actual termination of employment due to layoff. Today, we do have a contract extension and there is no layoff. We're very much looking forward to your continued employment at site.

If you choose to pursue another opportunity either within or outside GE, this is at your discretion, but there is no severance benefit upon leaving Flat Ridge.

Kind regards-

**Sarah Samyn**
HR Manager | Digital Services
GE Renewable Energy
Part of GE Vernova
M. 518.380.0319
Bldg. 53 | Schenectady, NY

For concerns related to;
Benefit issues/questions: 1 800 252 5259
Payroll issues/questions: 1 800 315 1082
Disability /FMLA: 1-800-392-0789

**EXHIBIT F**

1

**From:** Zongker, Joshua (GE Renewable Energy) <Joshua.Zongker@ge.com>
**Sent:** Thursday, November 17, 2022 6:21 PM
**To:** Samyn, Sarah (GE Renewable Energy) <Sarah.Samyn@ge.com>
**Cc:** Lilja, Carl (GE Renewable Energy) <Carl.Lilja@ge.com>; Sampson, Christian (GE Renewable Energy) <Christian.Sampson@ge.com>; cooper, dalton (GE Renewable Energy) <dalton.cooper@ge.com>; Posey, Damere (GE Renewable Energy) <Damere.Posey@ge.com>; Yoder, Jamison (GE Renewable Energy) <Jamison.Yoder@ge.com>; Scheuring, Jason (GE Renewable Energy) <jason.scheuring@ge.com>; Dearborn, Jeffery (GE Renewable Energy) <Jeffery.Dearborn@ge.com>; Magana-Garcia, Jorge (GE Renewable Energy) <Jorge.Magana-Garcia@ge.com>; Bell, Logan (GE Renewable Energy) <Logan.Bell@ge.com>; Lesline, Michael (GE Renewable Energy) <Michael.Lesline@ge.com>; Stanczyk, Michael(GE Renewable Energy) <Michael.Stanczyk@ge.com>; Beck, Wesley (GE Renewable Energy) <Wesley.Beck1@ge.com>; Borell, Alex (GE Renewable Energy) <alex.borell@ge.com>; Mccullough, Scott (GE Renewable Energy) <Scott.Mccullough@ge.com>; Henderson, Tera (GE Renewable Energy) <Tera.Henderson@ge.com>; Tiefenthaler, Adam T (GE Renewable Energy) <adam.tiefenthaler@ge.com>; Ellefson, Russell (GE Renewable Energy) <Russell.Ellefson@ge.com>
**Subject:** Re: EOC update-

Hello, good evening Sarah.
What is the current situation for those that have already signed the severance agreement? I'm hearing about a rescind letter but have not seen any communication regarding that.

Sent from my iPhone

> On Nov 17, 2022, at 5:07 PM, Samyn, Sarah (GE Renewable Energy) <Sarah.Samyn@ge.com> wrote:

> Hello- good afternoon

> We're excited to announce the contract has been renewed at Flat Ridge!

> We shared during the initial notice call that, in the event there was a contract extension, there would not be a layoff at Flat Ridge as there would be no position elimination or impact to existing jobs at site. As anticipated, the customer has renewed the contract at Flat Ridge and that means that no position eliminations will occur.

> We have always shared the interest to focus on your retention with the business, and now more than ever- we're counting on you to remain on during the new contract period at Flat Ridge. The retention bonus will remain in place for eligible individuals as we want to recognize and support your commitment through the retention period.

> Thank you again for your ongoing focus and effort-
> Please let Scott or I know if you have any questions-

> Kind regards-

> Sarah Samyn

HR Manager | Digital Services
GE Renewable Energy
Part of GE Vernova
M. 518.380.0319
Bldg. 53 | Schenectady, NY

For concerns related to;
Benefit issues/questions: 1 800 252 5259
Payroll issues/questions: 1 800 315 1082
Disability /FMLA: 1-800-392-0789

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.